UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLANET ECLIPSE, LLC and PLANET ECLIPSE LIMITED, Plaintiffs, | : | CA 04 194 T |
| v. | : | C.A. No. |
| X-TREME ENTERPRISES, INC., Defendant. | : | |

**COMPLAINT**

Plaintiffs, Planet Eclipse, LLC and Planet Eclipse Limited, bring this action against defendant, X-treme Enterprises, Inc., for trade dress infringement, false advertising, unfair competition, and copyright infringement in violation of federal statutory and common law, and allege as follows:

**INTRODUCTION**

1. This action seeks monetary damages and injunctive relief against defendant, X-treme Enterprises, Inc., arising from its intentional copying of plaintiffs' unique design for its ECLIPSEBLADE® product, as well as for defendant's intentional copying of the associated packaging and documentation, and defendant's associated false advertising.

**THE PARTIES**

2. Plaintiff, Planet Eclipse, LLC ("Planet Rhode Island"), is a limited liability company organized and existing under the laws of Rhode Island, with its principal place of business at 84 Cutler Street, Warren, Rhode Island 02885. Planet Rhode Island is a wholly owned subsidiary of plaintiff, Planet Eclipse Limited ("Planet UK").

3. Plaintiff, Planet UK, is a foreign corporation organized and existing under the laws of the United Kingdom, with its principal place of business at Units 7 & 8 Southfield Ind.

Est. Praed Road, Trafford Park, Manchester, United Kingdom M17 1SJ. (Planet Rhode Island and Planet UK are collectively referred to hereafter as "Planet Eclipse" or "Plaintiffs.")

4. Upon information and belief, defendant, X-treme Enterprises, Inc. ("X-treme" or "Defendant"), is a corporation organized and existing under the laws of California, with its principal place of business at 18627 Brookhurst Street, #292, Fountain Valley, California 92708.

**JURISDICTION AND VENUE**

5. Plaintiffs bring this action for federal trade dress infringement, false designation of origin, unfair competition, and false advertising in violation of Section 43(a) of the Lanham Trademark Act (the "Lanham Act"), 15 U.S.C. § 1125(a); federal copyright infringement in violation of 17 U.S.C. §§ 101 et. seq., and unfair competition in violation of common law. This Court has original jurisdiction under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1338(a) and 1338(b). This Court has supplemental jurisdiction over all other claims asserted herein under 28 U.S.C. § 1367(a).

6. This Court has jurisdiction over X-treme by virtue of its business activities within the State of Rhode Island, including its sales of goods that are the subject matter of this Complaint to entities within the State of Rhode Island.

7. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c).

**FACTS**

**A. Introduction — The Sport of Paintball**

8. Planet Eclipse manufactures and sells equipment and accessories related to the sport known as "Paintball."

9. Paintball is a team sport where individuals try to eliminate members of the opposing team from the game by marking them with balls of paint — "paintballs" — which are fired from a carbon dioxide or nitrogen powered air-gun called a "paintball gun" or "marker."

10. Today, the sport of Paintball has nearly 9 million players in over forty countries world wide. Each year there are hundreds of organized Paintball tournaments worldwide, many featuring dozens or even hundreds of players at a time — on playing fields that span hundreds of acres and feature man-made "fortifications," "trenches," and even paint spraying "cannons" and "tanks."

11. Since its beginnings in the early 1980's, the equipment used to play Paintball has greatly evolved. The first Paintball game, which reportedly took place on a New Hampshire field in June of 1981, used air-pistols designed for use by foresters and farmers for marking trees and cattle from a distance. These pistols had very limited features, had to be manually cocked between each shot, had short range, and could only fire 10-12 shots before needing a new supply of compressed air.

12. By contrast, today's Paintball equipment represents the latest in cutting-edge technology and industrial design, fueled by a multi-million dollar manufacturing industry. Today's paintball markers include such features as: computer assisted electronic firing (allowing semi-automatic and automatic firing speeds of 16 shots per second or more), high precision rifled gun barrels, telescopic targeting sights, and portable high-capacity compressed air systems, among other advances. Paintball markers also incorporate the latest trends in visual and industrial design based on the color and style preferences of today's Paintball players.

13. In the relatively short history of Paintball, well over a dozen major manufacturers are now manufacturing Paintball markers, equipment and accessories. These manufacturers,

including Planet Eclipse and defendant X-treme, compete for the millions of dollars Paintball enthusiasts spend each year on equipment and gear.

## B. The Technology of Paintball

14. Although today's paintball markers have several different firing systems, the basic concept is the same across all paintball markers. The marker is "cocked" to release a paintball from a "hopper" (or some other paintball storage device typically mounted on the top of the marker) into the barrel of the marker. (*See* printout from the website *www.howstuffworks.com* attached hereto as Exhibit 1.) When the trigger is pulled, a small burst of compressed gas is released into the barrel, just behind the paintball. (*Id.*) The compressed gas pushes the paintball from behind with sufficient force to propel it forward at a high rate of speed. (*Id.*)

15. Almost all paintball markers can be customized, such that a trigger assembly (or trigger "frame") produced by one manufacturer, can be mounted to a barrel assembly of a different manufacturer. Although players may originally buy a paintball marker as a single piece — where the barrel assembly and trigger frame are manufactured by the same company — after a period of time, players often replace the original trigger frame to take advantage of advances in firing technology, and to update the stylistic look of the marker.

16. To keep the game safe, the power of paintball markers is strictly regulated. Markers in play are adjusted so that the top speed of the fired paintball does not exceed 300 feet per second. A paintball moving at this speed is unlikely to cause serious injury upon impact with skin, although eye and ear injury may still occur (hence, players are required to wear head protection). (*See* Exhibit 1.) To enforce the 300 feet per second limit, most Paintball tournament

fields are equipped with a "chronograph" or "chrono" area, where players are required to test fire their markers in front of a sensor to validate that their markers adhere to the limit.

17. The relatively slow projectile speed significantly limits the range of paintball fire — the paintball will fall to the ground in a much shorter distance than a faster projectile, such as a bullet. Firing a paintball marker is a sort of hybrid between firing a gun and throwing a ball: to hit somebody at a distance, the shooter has to tilt the marker up, so the paintball flies up in the air in an arc and comes down on the target. (*See* Exhibit 1.) Accordingly, much of the strategy of game play involves "close in" style combat situations, where players are firing upon each other from relatively short distances. Because of this, and other strategic concerns during game play, players have sought out paintball markers that allow semi-automatic cocking (or "autococking") and rapid firing.

18. In response, numerous manufacturers have invested millions of dollars on research and development designing paintball markers and trigger frames capable of semi-automatic rapid fire action. To accomplish this, many manufacturers have replaced mechanical trigger frames with electronic trigger frames. With a mechanical frame, the trigger moves a sear that releases a hammer, held under spring tension, causing the marker to fire a burst of compressed air. By contrast, an electronic frame trigger acts as an electrical switch, which together with other circuitry, controls a solenoid that releases the main spring. Because the circuitry of an electric frame allows for precise timing between cocking and firing, it is possible to achieve firing speeds several times faster than mechanical frames.

19. Today, there are over a dozen manufacturers offering electronic trigger frames for sale, including Planet Eclipse. Because of intense competition among these manufacturers, manufacturers compete to develop ever faster and more reliable frames. In addition,

manufacturers also invest significant resources customizing the industrial design, styling and "look" of their paintball trigger frames, in order to set their products apart from one another. Attached hereto as Exhibit 2 are photocopies of the many different styles of paintball markers and trigger frames that were advertised in a single issue of *Action Pursuit Games*, a magazine devoted to the sport of Paintball.

## C. The Planet Eclipse ECLIPSEBLADE® Electronic Frame

20. Planet Eclipse designs, manufactures and sells a variety of Paintball equipment and gear, such as clothing, safety gear, and other paintball accessories. Its most popular product is the ECLIPSEBLADE® Electronic Frame.

21. The ECLIPSEBLADE® is an electronic trigger frame designed to be mounted to an "autococker" paintball marker. The ECLIPSEBLADE® incorporates cutting edge technology, and is a result of years of research and development by Planet Eclipse. The ECLIPSEBLADE® includes a built-in computer and electronic display that allows a player to fine tune the frame to fire in any of several modes, including a full-automatic mode that achieves speeds of over 16 shots per second. In addition, the frame has a "breach sensor" that reduces the incidents of "chopped" paintballs. The preinstalled software — or "firmware" — allows a player to fine tune the sensitivity of the breach sensor. In addition, the firmware includes a "shot counter" and "game timer."

22. The ECLIPSEBLADE® also represents a substantial investment to design the unique visual appearance of the frame. As illustrated in Exhibit 3 attached hereto, the ECLIPSEBLADE® features the following unique design elements, which are labeled as follows (the "ECLIPSEBLADE® Trade Dress"):

(a) a rubber grip that incorporates the following specific design elements —

(a1) two raised and tapered lines that curve downward from the "rear" of the grip (the "rear" being the portion of the grip that is closest to a person holding the trigger frame in the normal fashion) to the "front" of the grip;

(a2) three curved and slightly arc shaped indentations at the front of the grip near the trigger, which correspond to the spaces between the raised lines described in (a1) above;

(a3) angled "fins" that run from the rear and bottom of the grip to a curved line that runs from the top of the grip to its bottom, with a logo placed in the middle of these fins;

(b) the placement of a light emitting diode ("LED") screen on the lower portion of the back of the frame;

(c) the placement of three buttons, equally spaced, just above the LED screen described in (b) above;

(d) a reverse "P" shaped cocking solenoid, made of polished metal that prominently features a logo on the center of the widest section of the solenoid; and

(e) the trigger's unique shape.

23. The ECLIPSEBLADE® Trade Dress creates an entirely unique commercial impression, and sets the ECLIPSEBLADE® apart from trigger frames offered by other manufacturers. Consumers of Paintball equipment associate the ECLIPSEBLADE® Trade Dress exclusively with Planet Eclipse. Further, none of the ECLIPSEBLADE® Trade Dress design elements has any functional purpose to the operation of the ECLIPSEBLADE®.

24. In addition, Planet Eclipse packages the ECLIPSEBLADE® in unique packaging that is unusual in the Paintball industry and sets Planet Eclipse's products apart from those of its competitors, especially in side-by-side retail settings. (Attached as Exhibit 4 is a true and correct depiction of the packaging of the ECLIPSEBLADE®.) As illustrated in Exhibit 4, this packaging features the Planet Eclipse "e®" trademark, together with the ECLIPSEBLADE® trademark on three of the side-panels of the box top, and a conspicuous warning message on the fourth side-panel. To the right of the warning message, is text that is used to indicate the color frame that is packaged inside the box.

25. Planet Eclipse also includes a copyrighted Operating Manual with each ECLIPSEBLADE® that gives detailed installation and usage instructions. (Attached hereto as Exhibit 5 is a true and correct copy of the ECLIPSEBLADE® Operating Manual distributed with each ECLIPSEBLADE®.) Planet Eclipse owns United States Copyright Registration No. TX5-762-219 for the ECLIPSEBLADE® Operating Manual, dated July 30, 2003. (Attached hereto as Exhibit 6 is a true and correct copy of the Certificate of Copyright Registration for the ECLIPSEBLADE® Operating Manual.)

26. In an effort to promote among Paintball players a conscious connection between the ECLIPSEBLADE® Trade Dress and Planet Eclipse, Planet Eclipse has invested over $400,000 advertising the ECLIPSEBLADE® in the United States and throughout the world. As illustrated in the ECLIPSEBLADE® advertisements attached hereto, Planet Eclipse focuses its advertisements specifically on the ECLIPSEBLADE® Trade Dress as described above. (Attached hereto as Exhibit 7 are true copies of select Planet Eclipse ECLIPSEBLADE® advertisements.)

27. As a result of Planet Eclipse's advertising efforts, Paintball players in the United States and throughout the world directly equate the ECLIPSEBLADE® Trade Dress with Planet Eclipse. In fact, the ECLIPSEBLADE® Trade Dress is so unique in the marketplace, that players associate the ECLIPSEBLADE® as originating from Planet Eclipse.

**D. X-treme's Unlawful Conduct**

28. Last year, representatives of X-treme approached Planet Eclipse, and offered to purchase ECLIPSEBLADE® trigger frames from Planet Eclipse for resale. Planet Eclipse declined X-treme's offer. Planet Eclipse had no further direct communication with X-treme.

29. Only a few months later, in or about June, 2003, Planet Eclipse learned that X-treme had begun offering for sale an electronic trigger frame it calls the "Xonic Electronic Marker" (the "Xonic"), that was strikingly similar in design to the ECLIPSEBLADE®. (A true and correct depiction of the Xonic is attached hereto as Exhibit 8.)

30. Upon information and belief, X-treme intentionally copied the ECLIPSEBLADE® Trade Dress into the design of the Xonic. As illustrated in Exhibit 8, each of the unique design elements of the ECLIPSEBLADE® Trade Dress are replicated in the Xonic. (Exhibit 8 is labeled to correspond to the following letters):

(a) the Xonic rubber grip has —

(a1) two raised and tapered lines that curve downward from the "rear" of the grip to the "front" of the grip;

(a2) three curved and slightly arc shaped indentations at the front of the grip near the trigger, which correspond to the spaces between the raised lines in (a1) above;

(a3) angled "fins" that run from the rear and bottom of the grip to a curved line that runs from the top of the grip to its bottom, with a logo placed in the middle of these fins;

(b) a LED screen on the lower portion of the back of the frame;

(c) three buttons, equally spaced, just above the LED screen;

(d) a reverse "P" shaped cocking solenoid, made of polished metal that prominently features a logo on the center of the widest section of the solenoid; and

(e) an identical trigger.

31. Upon information and belief, X-treme also intentionally copied the ECLIPSEBLADE® unique square packaging, duplicating the logo placement on each side of the box onto the Xonic packaging. (A true and correct depiction of the Xonic packaging is attached hereto as Exhibit 9.) X-treme's intentional copying is further evidenced by the near verbatim copying of the warning label and color indication text found on the side panel of the ECLIPSEBLADE® packaging.

32. Upon information and belief, X-treme also intentionally copied — nearly word-for-word — the copyrighted ECLIPSEBLADE® Operating Manual into the Xonic Operating Manual. (A true and correct copy of the Xonic Operating Manual is attached hereto as Exhibit 10.) A side-by-side comparison of Exhibit 5 and Exhibit 10 illustrates X-treme's wholesale adoption of the ECLIPSEBLADE® Operating Manual, but for minor alterations to insert the name of X-treme's Xonic product in place of the ECLIPSEBLADE®.

33. X-treme has intentionally attempted to confuse and mislead Paintball players by offering for sale and advertising the Xonic electronic frame in numerous Paintball magazines and

other sources. (Attached hereto as Exhibit 11 is a true and correct copy of an advertisement for X-treme's Xonic product in the November, 2003, issue of *Action Pursuit Games*.) Nowhere in any of these advertisements does X-treme attribute the design of the Xonic, packaging or the operating manual to Planet Eclipse.

34. X-treme's illegal conduct has resulted in actual confusion among Paintball players. Accordingly, Planet Eclipse has been greatly damaged by X-treme's illegal conduct, and such conduct will continue absent injunctive relief.

35. To prevent any further consumer confusion, on or about July 30, 2003, counsel for Planet Eclipse delivered to X-treme a letter demanding that X-treme immediately cease and desist all manufacture, sale and/or distribution of the infringing Xonic product, as well as the infringing Xonic packaging and operating manual. (Attached hereto as Exhibit 12 is a true and correct copy of the cease and desist letter authored by Barlow, Josephs & Holmes.)

36. On or about September 22, 2003, counsel for X-treme delivered a reply to Planet Eclipse's counsel, stating in part that X-treme is "making changes in the trade dress of their product . . . in the hope that this will avoid the expense and inconvenience of litigation." (Attached hereto as Exhibit 13 is a true and correct copy of X-treme's reply to cease and desist.)

37. Despite X-treme's commitment to cease infringing the ECLIPSEBLADE®, upon information and belief, X-treme continues to offer for sale the infringing Xonic product, as well as the infringing Xonic packaging and operating manual.

## COUNT I
## Federal Trade Dress Infringement, False Designation Of Origin And Unfair Competition (Violation of 15 U.S.C. § 1125(a))

38. Planet Eclipse hereby realleges and incorporates by reference the allegations of Paragraphs 1 through 37 of this Complaint.

39. Planet Eclipse is informed and believes, and thereon alleges, that X-treme had actual knowledge of Planet Eclipse's ownership and prior use of the ECLIPSEBLADE® Trade Dress and, without consent of Planet Eclipse, has used the ECLIPSEBLADE® Trade Dress with the intent to trade upon Planet Eclipse's reputation and goodwill by causing confusion and mistake among customers and the public, and by deceiving them. By these acts, X-treme has infringed Planet Eclipse's rights in the ECLIPSEBLADE® Trade Dress in violation of 15 U.S.C. § 1125(a).

40. Planet Eclipse is further informed and believes, and thereon alleges, that X-treme's use of a product configuration and design that is confusingly similar to Planet Eclipse's ECLIPSEBLADE® Trade Dress constitutes a false designation of origin, and a false description or representation of services and goods, tending wrongfully and falsely to describe or represent a connection between Planet Eclipse and X-treme's respective goods. X-treme had actual notice of Planet Eclipse's ownership and prior use of the ECLIPSEBLADE® Trade Dress and appropriated the same without the consent of Planet Eclipse, in violation of 15 U.S.C. § 1125(a). Planet Eclipse has been injured and continues to be injured by X-treme's illegal conduct. Planet Eclipse believes that customers are likely to be confused, and that customers have been actually confused by X-treme's use of such false designations, descriptions, and/or representations.

41. X-treme' use of the ECLIPSEBLADE® Trade Dress constitutes a wrongful and unlawful use in commerce of words, terms, names, symbols, dress, devices, combinations, and/or false or misleading designations of origin, false or misleading descriptions of fact, and/or false or misleading representations of fact which:

(a) are likely to cause confusion or to cause mistake or to deceive as to affiliation, connection, or association of X-treme with Planet Eclipse;

(b) are likely to cause confusion or to cause mistake as to the origin, sponsorship or approval of X-treme's goods or commercial activities by Planet Eclipse; and

(c) misrepresent the nature, characteristics, or qualities of X-treme's goods, services, or commercial activities in commercial advertising and promotional materials.

42. Planet Eclipse is further informed and believes, and thereon alleges, that the foregoing conduct by X-treme has been knowing, deliberate, willful, intended to cause confusion, or cause mistake and deceive, all in disregard of Planet Eclipse's rights.

43. By reason of X-treme's acts, Planet Eclipse has suffered and will continue to suffer damages to its business, reputation and goodwill and loss of sales and profits Planet Eclipse would have realized but for X-treme's acts. Unless restrained and enjoined, X-treme will continue to engage in the acts complained of herein and irreparably damage Planet Eclipse. Planet Eclipse's remedy at law is not adequate to compensate it for all the resulting injuries arising from X-treme's actions.

## COUNT II
## Federal Trade Dress Infringement, False Designation Of Origin And Unfair Competition (Violation of 15 U.S.C. § 1125(a))

44. Planet Eclipse hereby realleges and incorporates by reference the allegations of Paragraphs 1 through 43 of this Complaint.

45. Planet Eclipse is informed and believes, and thereon alleges, that X-treme had actual knowledge of Planet Eclipse's ownership and prior use of the packaging for the ECLIPSEBLADE® (the "ECLIPSEBLADE® Packaging"), and without consent of Planet Eclipse has used the ECLIPSEBLADE® Packaging with the intent to trade upon Planet Eclipse's reputation and goodwill by causing confusion and mistake among customers and the public, and

by deceiving them. By these acts, X-treme has infringed Planet Eclipse's rights in the ECLIPSEBLADE® Packaging in violation of 15 U.S.C. § 1125(a).

46. Planet Eclipse is further informed and believes, and thereon alleges, that X-treme's use of product packaging that is confusingly similar to Planet Eclipse's ECLIPSEBLADE® Packaging constitutes a false designation of origin, and a false description or representation of services and goods, tending wrongfully and falsely to describe or represent a connection between Planet Eclipse and X-treme's respective goods. X-treme had actual notice of Planet Eclipse's ownership and prior use of the ECLIPSEBLADE® Packaging and appropriated the same without the consent of Planet Eclipse, in violation of 15 U.S.C. § 1125(a). Planet Eclipse has been injured and continues to be injured by X-treme's illegal conduct. Planet Eclipse believes that customers are likely to be confused, and that customers have been actually confused by X-treme's use of such false designations, descriptions, and/or representations.

47. X-treme' use of the ECLIPSEBLADE® Packaging constitutes a wrongful and unlawful use in commerce of words, terms, names, symbols, dress, devices, combinations, and/or false or misleading designations of origin, false or misleading descriptions of fact, and/or false or misleading representations of fact which:

(a) are likely to cause confusion or to cause mistake or to deceive as to affiliation, connection, or association of X-treme with Planet Eclipse;

(b) are likely to cause confusion or to cause mistake as to the origin, sponsorship or approval of X-treme's goods or commercial activities by Planet Eclipse; and

(c) misrepresent the nature, characteristics, or qualities of X-treme's goods, services, or commercial activities in commercial advertising and promotional materials.

48. Planet Eclipse is further informed and believes, and thereon alleges, that the foregoing conduct by X-treme has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake and deceive, all in disregard of Planet Eclipse's rights.

49. By reason of X-treme' acts, Planet Eclipse has suffered and will continue to suffer damages to its business, reputation and goodwill and loss of sales and profits Planet Eclipse would have realized but for X-treme's acts. Unless restrained and enjoined, X-treme will continue to engage in the acts complained of herein and irreparably damage Planet Eclipse. Planet Eclipse's remedy at law is not adequate to compensate it for all the resulting injuries arising from X-treme's actions.

**COUNT III**
**Federal False Advertising**
**(Violation of 15 U.S.C. § 1125(a))**

50. Planet Eclipse hereby realleges and incorporates by reference the allegations of Paragraphs 1 through 49 of this Complaint.

51. The aforesaid acts of X-treme constitute the intentional use of words, terms, names, symbols and devices and combinations thereof; false designations of origin; and false and misleading representations of fact that are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of X-treme with Planet Eclipse, or as to the origin, sponsorship or approval of X-treme's goods, services or other commercial activities by Planet Eclipse.

52. The aforesaid acts of X-treme constitute the use of words, terms, names, symbols and devices and combinations thereof; false designations of origin; and false and misleading

representations of fact that in commercial advertising or promotion, misrepresent the nature, characteristics or qualities of X-treme's goods, services or other commercial activities.

53. The aforesaid acts of X-treme constitute false designation of origin, false and misleading descriptions and representations and false advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

54. The aforesaid acts of X-treme have caused, and are causing, great and irreparable harm and damage to Planet Eclipse, and unless permanently restrained by this Court, said irreparable injury will continue.

55. Planet Eclipse has no adequate remedy at law.

**COUNT IV**
**Federal Copyright Infringement**
**(Violation of 17 U.S.C. § 101 *et seq.*)**

56. Planet Eclipse hereby realleges and incorporates by reference the allegations of Paragraphs 1 through 55 of this Complaint.

57. Planet Eclipse is the owner of the copyright for the ECLIPSEBLADE® Operating Manual (the "Manual") under the Copyright Act, 17 U.S.C. § 101 *et seq*.

58. In July 2003, Planet Eclipse obtained a Certificate of Copyright Registration for the Manual. (*See* Exhibit 6.) The Manual is copyrightable subject matter under 17 U.S.C. § 102.

59. Planet Eclipse has complied with all statutory formalities of the Copyright Act, 17 U.S.C. § 101 et seq., as necessary to bring an action against X-treme for infringement of Planet Eclipse's copyright in the Manual.

60. At various times, X-treme engaged in marketing, advertising, promoting, distribution, selling and/or publication of an Operating Manual in connection with its Xonic

electronic trigger frame product that infringes the copyright in the Manual owned by Planet Eclipse in violation of the Copyright Act, 17 U.S.C. § 101 *et seq*.

61. X-treme acted willfully in infringing Planet Eclipse's copyright in the Manual.

62. As a result of X-treme's willful infringement of Planet Eclipse's copyright, Planet Eclipse has suffered and continues to suffer damages and irreparable injury including, but not limited to, the loss of commercial value of the Manual described above, loss of the value of its copyright, loss of good will and other injuries to Planet Eclipse's business.

63. X-treme has been unjustly enriched and Planet Eclipse is entitled to an accounting of the profits of X-treme. X-treme's foregoing activities have damaged Planet Eclipse in an amount as yet unknown, but if X-treme's foregoing activities continue, Planet Eclipse will continue to suffer irreparable injury and additional damage.

**COUNT V**
**Common Law Unfair Competition**

64. Planet Eclipse hereby realleges and incorporates by reference the allegations of Paragraphs 1 through 63 of this Complaint.

65. X-treme's aforesaid acts are a violation and derogation of Planet Eclipse's common law rights and are likely to cause confusion, mistake and deception among consumers and the public as to the source, origin, sponsorship, or quality of X-treme's goods and services, thereby causing loss, damage and injury to Planet Eclipse and to the purchasing public. X-treme knew, or in the exercise of reasonable care should have known, that its conduct was likely to so mislead the public.

66. The foregoing conduct by X-treme has been knowing, deliberate, willful, intended to cause mistake or to deceive, and in disregard of Planet Eclipse's rights.

67. X-treme's wrongful acts, as alleged above, have permitted or will permit it to make substantial sales and profits on the strength of Planet Eclipse's nationwide and international marketing, advertising, sales and consumer recognition.

68. As a direct and proximate result of X-treme's wrongful conduct, as alleged above, Planet Eclipse has been and will be deprived of substantial sales of goods and services in an amount as yet unknown but to be proved at trial, and has been and will be deprived of the value of its intellectual property, as described above, as a commercial asset in an amount as yet unknown but to be determined at trial.

69. The aforesaid acts of X-treme constitute unfair competition in violation of common law.

70. The aforesaid acts of X-treme have caused and are causing great and irreparable harm and damage to Planet Eclipse, and unless permanently restrained by this Court, said irreparable injury will continue.

**RELIEF REQUESTED**

WHEREFORE, Plaintiffs pray for a judgment in their favor and against Defendant ordering:

A. That Defendant, and each of its officers, directors, agents, servants, employees and representatives, and those persons in active concert or participation with them or any of them, be preliminarily and permanently enjoined and restrained from:

(1) Using on or in connection with the production, manufacture, advertising, promotion, displaying for sale, offering for sale, sales or distribution of any products or services, or for any commercial purposes whatsoever the ECLIPSEBLADE® Trade Dress, the ECLIPSEBLADE® Packaging, or the Manual, or any variations thereof or anything confusingly

similar thereto or any of Plaintiffs' trade dress, product packaging or documentation, or any variations thereof or anything confusingly similar thereto;

(2) Representing by any means whatsoever, directly or indirectly, or doing any other acts or things calculated or likely to cause confusion, mistake or to deceive consumers into believing that the Defendant's services and any related goods are the services or products of Plaintiffs, or that there is any affiliation or connection between Plaintiffs or their services and goods and Defendant or its services and products and from otherwise unfairly competing with Plaintiffs; and

(3) Causing to be advertised, published or disseminated by any means any false or misleading statements of facts as to the relationship of X-treme and Planet Eclipse.

B. That Plaintiffs recover their damages sustained as a result of Defendant's trade dress infringement, false designation of origin, unfair competition, false advertising, and copyright infringement, together with an accounting of Defendant's profits arising from such activities, and that the Court exercise its discretion and enter a judgment for such additional sums as the Court shall find to be just, according to the egregious, willful and intentional nature of the acts of Defendant.

C. That Defendant be required to account and pay to Planet Eclipse all gains, profits and advantages derived from their wrongful acts, and/or at Planet Eclipse's election in lieu thereof, statutory damages as provided by 17 U.S.C. § 504(c).

D. That Plaintiffs have and recover treble damages under 15 U.S.C. § 1117 and 17 U.S.C. § 504(c) by reason of the willful and deliberate acts of Defendant.

E. That Plaintiffs have and recover their reasonable attorneys' fees pursuant to 15 U.S.C. § 1117.

F. That Defendant be required to recall from any and all channels of trade any and all advertising or promotional materials or other infringing matter, and to take affirmative steps to dispel any false suggestion of a connection to Plaintiffs by virtue of its infringing activities, including, but not limited to, all necessary and appropriate corrective advertising measures.

G. That Defendant be directed to deliver to Plaintiffs for impoundment all copies and means of manufacturing reproductions of all infringing matter in their possession or under their control which, if sold, distributed or used in any way, would violate any temporary or permanent injunctions restraining defendant from infringing Plaintiffs' copyrights.

H. That Defendant be directed to recall from its employees, subsidiaries, distributors and customers any and all infringing works or items and to deliver such material to Plaintiffs.

I. That Plaintiffs' recover from Defendant their consequential damages and reasonable counsel fees together with the costs of this action.

J. That Plaintiffs' have such other and further relief as the Court may deem just and proper.

**PLAINTIFFS HEREBY DEMAND A TRIAL BY JURY FOR ALL ISSUES SO TRIABLE.**

PLANET ECLIPSE, LLC and
PLANET ECLIPSE LIMITED,
By their attorneys,

Craig M. Scott, Esq. (#4237)
Ralph N. Gaboury, Esq. (#6638)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Dated: May 21, 2004

*Planet Eclipse/Pleadings/Complaint (rng)*



& SAVE » SAVE NOW

(1)



# How Paintball Works

by Tom Harris

Since its introduction in the 1980s, paintball has become a worldwide phenomenon. Enthusiasts have formed teams, set up leagues and organized game tournaments. Paintball is still a long way from the popularity of older sports like basketball or football, but new paintball playing fields and organizations are popping up all the time.



Photo courtesy WARPIG.com

**A player at the Mardi Gras Open 2000, a paintball tournament with hundreds of participants**

The main thing that sets paintball apart from other sports is the equipment involved: You don't find guns and paint projectiles in too many traditional sports. In this article, we'll look at this equipment to see what is involved in a paintball attack. We'll also find out about the basic game of paintball, as well as some of the other uses of paintball equipment.

## Paint the Town Red




The most basic piece of paintball equipment is the **paintball** itself. Just as in tennis or soccer, the ball is the central element of a paintball game. But unlike these older games, paintball has dozens, often hundreds, of "balls" in play at any one time. As the name implies, these balls are actually tiny containers of paint.

Paintballs have an incredibly simple construction. They're actually a lot like gel-cap pills, or bath-oil beads. They consist of a glob of

colored liquid encased in a gelatin capsule. The "paint," which comes in many colors, is non-toxic, biodegradable and water soluble (so it will wash off skin and clothing).

Basically, a paintball is like a small water balloon, weighing only a few grams and measuring only 0.68 inches (1.7 cm) in diameter. The capsule holds up if you handle it or drop it from a short distance. When you shoot a paintball from a gun, however, it bursts on impact and leaves a 6-inch (13-cm) splatter of paint.

This 3-D model lets you move a paintball gun around so you can see it from every angle! To view the model, you'll need the most recent version of Shockwave. If you do not have this plug-in, click here to load it. To send us feedback on this model, click here.

The job of the paintball gun, sometimes called a **marker**, is to get the paintball moving at a high rate of speed. In the basic gun, the propulsion system is **compressed gas**. This gas, which can be compressed carbon dioxide ($CO_2$), nitrogen ($N_2$) or ordinary air, is stored in small cartridges or larger tanks that can be attached to the gun. The gun is also attached to a **hopper**, which holds the paintballs.



Photo courtesy WARPIG.com

**Modern paintball guns come in all shapes and sizes, in both rifle and pistol designs.**

Different guns have different firing systems, but the basic idea in all of them is the same. The gun is cocked in some way so that a paintball can fall out of the hopper and enter the gun's barrel. Then a small burst of compressed gas is released into the barrel, just behind the paintball. The compressed gas pushes the paintball from behind with much greater force than the air on the other side of the paintball, so the paintball is propelled forward.

In order to make the game safe, the power of paintball guns is strictly regulated. Guns in play are adjusted so that the **top speed** of the fired paintball is 300 feet (91 m) per second. A paintball moving at this speed is unlikely to cause serious injury if it hits your skin, though it will sting and may leave a bruise. Also, since wind resistance starts slowing the paintball down as soon as it leaves the gun, it has a reduced impact when fired from a greater distance. Speeding paintballs can cause serious injury to the eyes or ears, so paintball players always wear head protection.

The relatively slow projectile speed significantly limits the **range** of paintball fire: The paintball will fall to the ground in a much shorter distance than a faster projectile, such as a bullet. For this reason, firing a paintball gun is a sort of hybrid between firing a gun and throwing a ball. To hit somebody at a distance, the shooter has to tilt the gun up a little bit, so the paintball flies up in the air in an **arc**, like a football, and comes down on the target.

There are a variety of gun designs on the market, each with a slightly different system, but they are all based on the same principles. In the next section, we'll find out how guns generally work by examining the specific mechanism in a basic "pump" gun, a design that dominated paintball in the game's early days.

# The Way of the Gun

In the last section, we saw that paintball guns propel paintballs with a quick burst of compressed gas. In the animation below, you can see how this process occurs in a conventional **pump-action gun**.




In the middle of the gun, there is a long **valve tube**. This runs from the **barrel**, where the paintballs are loaded, to a **chamber** at the back of the gun, where the **gas cartridge** is connected. Along this path, the tube passes through the **bolt**, a **spring**, the **hammer** and, at the gas-intake end of the gun, the **valve seat**. At the barrel end of the gun, the tube is always open. But the openings at the other end, which are positioned along the sides of the tube, are blocked off by the surrounding valve seat. The tube is held in position by a **cup seal**, pushed against the tube by a small spring and the pressure of the gas in the chamber.

When the gun isn't cocked, the **bolt** extends into the barrel, blocking the entryway for the paintballs. To cock the gun, the shooter pulls the bolt backward, pushing against the spring so that the bolt butts up against the hammer. This motion does two things:

- As the bolt slides back, the ammunition intake opens, and a paintball can fall into the barrel.
- On the bottom of the hammer, there is a small spring-loaded latch called a **sear**. The sear, which pivots on a tiny pin, catches hold of the bolt when the bolt is pushed against the hammer. In this way, the sear binds the bolt and hammer together so they move as one unit.

3-D Paintball Gun



This 3-D model lets you move a paintball gun around so you can see it from every angle! To view the model, you'll need the most recent version of Shockwave. If you do not have this plug-in, click here to load it. To send us feedback on this model, click here.

After pulling the bolt back, the shooter pushes it (along with the hammer) forward. To fire the gun, the shooter pulls the **trigger**. The trigger pushes up against the back end of the sear, so the front end moves down. This releases the hammer from the bolt, and the spring rapidly propels the hammer backward. As the hammer moves backward, it pushes on a raised lip around the valve tube. This propels the valve tube backward with a burst of force that is greater than the forward force exerted by the rear spring and gas pressure. The valve tube is pushed back for an instant until the spring pushes it back into place. In this instant, the side openings on the tube are exposed, and the pressurized gas can flow through to the barrel. This burst of gas is strong enough to propel the paintball forward at a good rate of speed.



Photo courtesy WARPIG.com

**Players lie in wait for members of the rival team. Winning in paintball requires a combination of weapons skill and strategic planning.**

In **autococker** paintball guns, an adjustable valve automatically diverts compressed gas to the front of the gun after it is fired. This gas serves to push the bolt back again, so the gun recocks. This way, the shooter doesn't have to recock the gun with every shot. **Automatic** guns use the compressed air, or in some cases an electric motor, to continually recock and fire the gun as long as the trigger is held down. To find out more about these sorts of guns, check out WARPIG.com.

As paintball has evolved, the equipment has become more and more sophisticated. In the next section, we'll look at the history of paintball to find out when and why the game was invented. We'll also look at how the game is played and at other uses of paintball equipment.

## It's All Fun and Games...

Originally, paintball guns weren't intended for sport. The first guns were developed in the 1970s for use in forestry and agriculture. Foresters used the guns to mark certain trees (for research, planning trails). The guns were also used by farmers to mark cattle.

At some point, it occurred to a few foresters or farmers to shoot the guns at each other, and the game of paintball was born. But things didn't really get going until 1981, when a group of 12 weekend warriors got ahold of some forester guns and used them to play a grown-up version of "capture the flag."



Photo courtesy WARPIG.com

**Paintball is usually played as a team sport. Rival teams attempt to capture the other team's flag, while defending their own.**

In this game, which is still the predominant paintball activity, two teams try to find and steal the other's flag while protecting their own flag from capture. Players are "out" of the game when they get hit with a paintball, and the referee decrees that they are down. Referees are also there to make sure nobody makes **physical contact** with another player: This is one of the most important rules. A paintball game typically lasts from 15 to 40 minutes, but players may play for six hours or more at a stretch. You can hold a paintball game with only a few people on each team, or with hundreds of people on each team. To find out about other variations on the game of paintball, check out DirectPaintball.com.

The original 12 paintball enthusiasts had a lot to do with launching the sport. Soon after their first game, they bought up hundreds of tree-marking guns from the manufacturer (a company called **Nelson**) and began selling them to the general public. The idea caught on pretty quickly, and in 1982, the first paintball field opened in Rochester, New York. There are now paintball fields, as well as indoor paintball arenas, all over the world.

One of the most important developments in the history of paintball has been **safety equipment**. When a paintball hits you on the body, you feel a brief sting. But a paintball round in the eye could actually "knock your eye out." In the early days, many players wore no eye protection at all, and others wore only basic safety goggles. These days, paintball players usually wear full face masks and helmets. This protects them from damage to the eyes, ears, nose and mouth. Just as in football and hockey, safety equipment is absolutely necessary in paintball.



Photo courtesy WARPIG.com

**Paintball players always wear face and head protection to prevent serious eye and ear injuries.**

In addition to recreational use, paintball has become a part of military and police training. In terms of feel and handling, a paintball gun has little in common with an actual firearm, but paintball is still good training for combat situations. Mainly, it lets soldiers and police practice strategy, camouflage and the fine art of not getting shot.

To find out more about military paintball use, as well as paintball games, organizations and equipment, check out the links on the next page. The proliferation of paintball Web sites is strong evidence that the sport is still on the rise. And the enthusiasm and ingenuity of the amateur gun-designers who are showing their work on the Web bodes well for the continued evolution of the equipment and the game of paintball itself.

For more information on paintball and related topics, check out the links on the next page.

# Lots More Information

## Related HowStuffWorks Articles

- How Water Blasters Work
- How Flintlock Guns Work
- How Revolvers Work
- How Body Armor Works
- How Military Camouflage Works
- How Military Pain Beams Will Work
- How Landmines Work
- How Air-powered Cars Will Work
- How the Physics of Football Works
- How Force, Power, Torque and Energy Work
- How Air Bags Work
- What would happen if you fired a gun on a train moving as fast as a bullet?
- HowStuffWorks To Go!

## More Great Links

- World and Regional Paintball Information Guide
- The Physics of Paintball
- Frequently Asked Questions About Paintball
- PukinDogsPaintball.com
- The Internet Paintball Resource
- The Autococker Information Sheet
- Ravi's Paintball Place
- The Paintball Underground
- Airgun.com


© 1998 - 2004 HowStuffWorks, Inc.

SEE PAGE 240 TO WIN A PMI EXT PRO PACKAGE

BAD BOYS IN THE BUNKERS!

WORLD'S LEADING MAGAZINE OF PAINTBALL SPORTS

NOVEMBER 2003

cc03265

# ACTION PURSUIT GAMES

ACTION PURSUIT GAMES

www.actionpursuitgames.com




FREEZE! FRIEND OR FOE?

12 EXOTIC TEAM GAMES

SPECIAL!

PAINTBALL CLIMBS TO 8,700,000 PLAYERS!

SAFEST EXTREME SPORT!

INSIDE THE M4 RAM IV GENERATION 2 REAL ACTION GAME LAUNCHER

3,000+! WORLD RECORD!

OKLAHOMA D-DAY 2003



PAINTBALL MAXIMUM COVERAGE

$4.99 US • $6.99 Canada • £2.10 UK

www.cfwenterprises.com

$4.99US $6.99CAN

11

0 71486 03265 6

CELEBRATING YEARS PUBLISHING GROUP


THE ULTIMATE PAINT
ELECTRONIC PAINTBALL MARKER
XONIK MARKER
Advanced Electronic Trigger Frame w/LED Display
Classic or Semi Firing Mode
Up to 16 Shots per Second
Custom Anodizing and 3D Milling
Pro In-Line Regulator
X-10 Kradle w/On-Off
Adjustable Anti-Chop Eye
Removable Trigger Guard (Single or Double)
Adjustable Trigger
FOR THE PLAYER WHO NEEDS EVERYT
XONIK


ENTERPRISES
MADE IN USA


SILVER BULLET
Bad News Has Them
Singing The Blues
black
silver
SILVER BULLET
Distributed by National Paintball Supply
www.nationalpaintball.com






BOB LONG INTIMIDATOR™ HALO™ GO FAST

**GREATER THAN THE SUM OF THEIR PARTS.**

Two paintball forces have come together and created a fusion of power and speed never seen before. Put the power of the beasts in your hands today.

Distributed by National Paintball Supply


HALO
New 2004 Species™ Intimidator







- Controlled Rate of Fire
- Custom Vertical Feed Port
- Adjustable Dip Switch Panel
- Advanced Electronic Trigger Frame
- State-of-the-Art Low Pressure Chamber
- All-in-one Custom Sight Rail with Beaver Tail
- Semi, 3 Burst, 6 Burst, and Full Auto Firing Modes
- Fore Grip with Expansion Chamber
- All New Style Ball Detent
- Quick Disconnect Pin
- Up to 13 Shots/sec with Reactive Trigger Response
- Steel Braided Bottomline Set-up
- Custom Anodizing and Milling
- Custom Double Trigger System with Lighted Safety
- Rear Velocity Adjuster with Tournament Lock

ICON

ELECTRONIC PAINTBALL MARKER [CALIBER .68]




INDIAN CREEK DESIGN BUSHMASTER SERIES
PAINTBALL DETECTION SYSTEM. 2003 B2K. AN AMAZING LOOK WITH A PIERCING EFFECT.
1019 FIRST STREET NORTH
NAMPA ID 83687
(208) 468-0446 PH
(208) 468-6650 F
WWW.ICDPAINTBALL.COM


Barrel Extension for WG
ARMOTECH
WG TACTICAL SLING
2-ways Magazine Kits for WG
Metal Electronic Trigger Frame with Single & Double Trigger
ARMOTECH



WG Elite Kits + Flashlight Kit



Tactical R.I.S Handguard




2-ways Magazine Kits for WG

3

# THE ECLIPSEBLADE® TRADE DRESS




(b)
(c)




(e)

4




eclipseblade


eclipseblade™


electronic grip frame


eclipseblade™


WARNING! THIS PAINTBALL MARKER IS NOT A TOY. WARNING!
Careless or improper use, including failure to follow instructions in the operator's manual could cause serious injury or death. All persons using this product or within 200m of the products use, must wear eye and head protection specifically designed for paintball. Please read instruction manual before use. available from Planet Eclipse Ltd. Unit 8 Southfield Ind. Est. Trafford Park, M/Cr M17 1SJ. UK.
chrome
black
other

(5)

™

# eclipseblade™

™

## Operating Manual

## About this Manual

This manual contains the installation and operating instructions for the eclipseblade Electronic Grip Frame.

Because most people do not like reading manuals, the following is a guide to what you must read -

If you will be fitting the eclipseblade Electronic Grip Frame yourself then please read the following sections before starting the installation -

Section 1 - Orientation.

Section 2 - Fitting.

Section 3 - Quick Set-Up.

If the eclipseblade Electronic Grip Frame has been supplied to you already fitted, and you want to get up and running quickly, then read the following sections -

Section 1 - Orientation.

Section 3 - Quick Set-Up.

However, if you want to have a full understanding of the eclipseblade Electronic Grip Frame then please read the whole manual.

*Eclipse, Planeteclipse, Eclipseblade, the eclipseblade logo, the eclipse e logo and the eclipse grip design are all design trademarks, trademarks or registered trademarks of Planet Eclipse Ltd.*

*The Eclipseblade Electronic Grip Frame has patents applied for and patents pending by Planet Eclipse Ltd.*

*Cocker and Autococker are registered trademarks of Worr Game Products.*

*Other brands and products are registered trademarks of their respective holder(s).*

*© 2003 Planet Eclipse Ltd. All rights reserved.*





## 1. Orientation

This section names the component parts of the eclipseblade Electronic Grip Frame

## 2. Fitting

This section explains how to fit the eclipseblade Electronic Grip Frame to your marker. If the eclipseblade Electronic Grip Frame has been supplied pre-fitted then you may skip this section.


- Tools Needed to Fit the Frame and Solenoid 2-1
- Tools Needed to Fit the Breech Sensor 2-1
- Preparation 2-2
- Fitting the Breech Sensor 2-4
- Fitting the Cocking Solenoid 2-5
- Fitting the Frame 2-7
- Testing 2-11


## 3. Quick Set-Up

This section provides details on how to get up and running quickly with the eclipseblade Electronic Grip Frame. This section is essential reading.


- Fitting a Battery 3-1
- Switching On the eclipseblade 3-2
- Switching Off the eclipseblade 3-2
- Firing the eclipseblade 3-2
- Adjusting the Trigger 3-3
- Using the Breech Sensor 3-3

## 4. Using the eclipseblade

This section provides more detailed information on how to interact with the eclipseblade Electronic Grip Frame via its user interface.


- Switching On 4-1
- The Main Menu 4-1
- The Game Timer 4-2
- Setting the Game Timer 4-3
- Using the Game Timer 4-3
- The Shot Counter 4-4
- Using the Shot Counter 4-5
- Battery Level Indicator 4-5
- The Breech Sensor 4-6
- The Breech Sensor Reading 4-7
- Adjusting the Breech Sensor Sensitivity 4-7
- Selecting the Operating Mode 4-9
- Setting the Display Brightness 4-11


## 5. Advanced Set-Up

This section contains more detailed information on setting up the eclipseblade Electronic Grip Frame.


- Setting the Trigger 5-1
- The Setup Menu 5-2
- Timing the eclipseblade 5-3
- The Timing Menu 5-6
- Sear Solenoid On Time (SON) 5-7
- Cocking Solenoid On Delay (CDEL) 5-7
- Cocking Solenoid On Time (CON) 5-8
- Cocking Solenoid Time-Out (CTO) 5-9
- Cocking Solenoid Off Time (COFF) 5-9
- The Filter Menu 5-10
- Using the Breech Sensor Filter 5-11
- Setting the Ball Detection Time 5-11
- Setting the Empty Breech Detection Time 5-12
- Using the Trigger Filter 5-12
- Setting the Trigger Pull Time 5-13
- Setting the Trigger Release Time 5-13
- Factory Settings Menu 5-14
- Selecting a Factory Setting 5-15


## Appendix A - Display / Menu Tree

This section provides a quick reference to the user interface.

## Appendix B - Maintenance

Guide to performing routine maintenance.

## Appendix C - Fault Finding

This section provides information on how to resolve any problems that might arise with your eclipseblade Electronic Grip Frame.

## Appendix D - Drilling Template

See centre pages for actual size Drilling Template Pull-Out. Inside back cover, scaled drawing of a typical marker body. Can be used to produce additional drilling templates.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 52 of 134
Orientation

Fig 1-1





Figure 1-1 shows all of the components that come with the eclipseblade kit.

1. **Frame** - the frame houses the electronics, the battery and the hammer release mechanism.
2. **Trigger** - the trigger is used to fire the marker.
3. **Grips** - the wrap-around rubber grips cover the frame and protect the electronics housed within.
4. **Breech Sensor** - the breech sensor fits through a hole in the side of the marker body and 'looks' into the breech. A ribbon cable runs from the breech sensor vertically down and into a recess in the frame.
5. **Breech Sensor Cover** - this cover is used to protect both the breech sensor and the breech sensor cable.
6. **Cocking Solenoid** - this solenoid is used to control the cocking mechanism of the marker by switching the pneumatic supply to either side of the ram. Two electrical wires connect the solenoid to the grip circuit board.
7. **Cocking Solenoid Manifold** - the cocking solenoid is mounted into a manifold, which doubles as a protective cover.
8. **Grip Screws** - these screws are used to hold the grip onto the Frame.
9. **Frame Screws** - these screws are used to hold the frame to a marker.
10. **Hex Key** - this key is used to adjust the trigger.
11. **Low Pressure Hose** - this hose is used to attach the cocking solenoid to the cocking pneumatics of the marker.
12. **Sear Solenoid Retainer** - this is used to clamp the sear solenoid in place.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 53 of 134



**Fig 1-2**




**13. Sear** - the sear pivots to provide a mechanism for releasing the hammer.

**14. Sear Pin** - this pin passes through the centre of the sear and is retained by a small set screw.

**15. Sear Spring** - this spring is used to return the sear to its rest position.

**16. Sear Solenoid** - this solenoid is used to pivot the sear and therefore release the hammer. The solenoid is held in place by two set screws, one on each side of the frame. Two electrical wires connect the solenoid to the grip circuit board.





**17. Grip Circuit Board** - this printed circuit board contains all of the electronics required to control the operation of the eclipseblade Electronic Grip Frame.

**18. Battery** - the battery provides the power for the electronics. The battery terminals are pushed against two spring connectors on the grip circuit board. A groove is machined into the frame below the battery to assist with battery removal.

**19. Cocking Solenoid Connector** - this connector is used to connect the cocking solenoid wires to the grip circuit board.

**20. Sear Solenoid Connector** - this connector is used to connect the sear solenoid wires to the grip circuit board.

**21. Breech Sensor Connector** - this connector is used to connect the breech sensor ribbon cable to the grip circuit board.

**22. Interface Connector** - this connector is used to connect the a computer to the grip circuit board by means of the eclipseblade Electronic Grip Frame PC Interface (available separately).

**23. Setup Pushbutton** - this pushbutton is used to activate the setup menu.

**24. Display** - this four character, LED display is used to provide the user with visual information.

**25. Raise Pushbutton** - this pushbutton is used to turn the breech sensor off and on, to scroll up through menu options and to increase the values of parameters.

**26. Select Pushbutton** - this pushbutton is used to activate the main menu and to select the displayed menu option or parameter value.

**27. Lower Pushbutton** - this pushbutton is used to control the game timer, to scroll down through menu options and to decrease the values of parameters.

Fitting the eclipseblade Electronic Grip Frame is relatively straightforward, however if you are uncomfortable drilling holes into the body of your marker then we recommend that you have the frame fitted by an Eclipse Authorised Service Centre, details of which can be found on the Planet Eclipse website (www.planeteclipse.com).

## Tools Needed to Fit the Frame and Solenoid

- 1/8" Hex Key
- 1/16" Hex Key
- 5/64" (2mm) Hex Key
- Adjustable Wrench
- Loctite/PTFE Tape
- 9V Battery (PP3, 6LR61,MN1604)

## Tools Needed to Fit the Breech Sensor

- Pillar Drill / Drill Press
- No.20 (0.1610", 4.1mm) Drill
- No.43 (0.089", 2.3mm) Drill
- No.4-40 UNC Tap
- Centre Punch
- Electrical Tape
- Pointed-Nose Pliers
- De-Burring tool
- Wire Cutters





## Preparation

You will need to prepare your marker ready to receive the eclipseblade Electronic Grip Frame kit.

The eclipseblade Electronic Grip Frame kit comprises of 3 main elements, the Frame, the Cocking Solenoid and the Breech Sensor.

The fitting of the Frame and the Cocking Solenoid are essential to the operation of the eclipseblade Electronic Grip Frame, whereas the Breech Sensor, though thoroughly recommended, is not crucial to the basic operation of the kit.

The installation of the Frame and Cocking solenoid can be carried out with just a little basic knowledge, however we recommend that an Eclipse Authorised Service Centre carry out the installation of the Breech Sensor as this does include a small amount of machining to the body of the marker.

## For Frame and Cocking Solenoid Only

Remove gas source, paint, barrel and loader. Ensure all gas is purged from the gun. If the gun is fitted with fore-grip or vertically mounted regulator, remove these also.

Remove the existing grip-frame from the gun.

Remove all low pressure hosing from the ram, 3-way and low pressure regulator.

Remove the low-pressure regulator. **Note:** You may need to remove the barb fitting from the regulator in order to turn it past the body of the 3-way. This will depend on the type of regulator fitted to your marker.

Remove the grub-screws from the 3-way coupling, and dis-engage the coupling from the 3-way shaft.

Remove the 3-way complete.

Remove the 3-way coupling and the 3-way actuating rod.

Your semi-block should now only have the ram attached to it, with no hosing. There should be no grip-frame on the gun. ***(figure 2-1)***



Fig 2-1



Fig 2-2

At this stage it is VERY important that you check the type, and condition of the cocking lug (or Timing Pin) inserted in the hammer. ***(figure 2-2)***

It is VITAL to the correct operation of this kit that the cocking lug is of the type:

1/4"-28 UNF or more typically known as a "fat" cocking lug, and that it is "square-cut" at the tip and polished. The lug CANNOT have either a chamfered, rounded or pointed end to the cocking lug. A lug with anything other than a polished "square-cut" tip will severely impair the performance of the eclipseblade Electronic Grip Frame.





If your cocking lug does not fit the above description then it is advisable to either change it or modify it at this stage, before continuing with the installation of the eclipseblade Electronic Grip Frame.

## Fitting the Breech Sensor

**NOTE:** These instructions and Template are for a vertical feed body only.

Remove the bolt and Anti-Double Ball

You may also want to remove the Cocking rod, Back-block, Semi-Block and Anti-Tamper, to aid with drilling.

Place the Breech Sensor Drilling Template ***(see centre pages)*** over the body and secure in place with tape.

Mark the centres of both holes using a centre punch, through the Template.

Remove the Template.

Clamp the body flat and level in a drill press vice.

Use a No.20 (0.1610", 4.1mm). drill ***(figure 2-3)*** and No.43 (0.089", 2.3mm) drill ***(figure 2-4)*** in the locations indicated on the template.



Fig 2-3



Fig 2-4

Remove the body from the vice.

Use a 4-40 UNC tap to thread the No.43 (0.089", 2.3mm) hole for the Breech Sensor retaining screw.

Remove any metal cuttings from the breech and use a scraper to carefully remove any burrs on the inside of the breech round the 2 new holes.

If you removed the cocking rod, back-block, semi-block and anti-tamper, replace them now, ensuring that you fix the back-block the correct distance onto the pump rod. So that with the ram all the way forward, the back-block just touches the body.

Your gun is now ready to accept the eclipseblade Electronic Grip Frame kit.

## Fitting the Cocking Solenoid

The 5-way cocking solenoid valve comes pre-assembled into the solenoid manifold. There is no reason to remove the cocking solenoid from the manifold in order to install the manifold, so leave the cocking solenoid fitted into the manifold.

The Cocking solenoid manifold attaches directly into the semi-block, in place of the conventional 3-way. ***(figure 2-5)***

Feed the cocking solenoid cable through the semi-block and through the vertical reg-mount, if one is fitted. If fitting to a Mini-Cocker, simply feed cable through the semi-block.

Screw the manifold into the semi-block, being careful not to cross-thread the manifold. Do not force into place if the threads appear tight.

The manifold may not line up when screwed all the way into the semi-block. It may be necessary to back up so that the hose attachments are at the top.





Fig 2-5

Attach the low pressure regulator back onto the semi-block. It may be necessary to remove the outlet fitting (nipple/barb) of the regulator in order to screw the regulator past the new solenoid manifold. Use Hydraulic sealant or thread-lock to seal the threads of the regulator into the semi-block. Use hydraulic sealant or thread-lock to seal the threads of the outlet (nipple/barb) back into the regulator. Position the regulator so that the barb is pointed upwards towards the top of the manifold.

Attach a piece of low-pressure hose between the rear ram barb and the rear solenoid manifold barb.

Attach a piece of low-pressure hose between the low-pressure regulator barb and the centre solenoid manifold barb.

Attach a piece of low-pressure hose between the front ram barb and the front solenoid manifold barb.

The pneumatics of the gun have now been installed. ***(figure 2-6)***

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 57 of 134


## Fitting the Frame

Completely remove the wrap-around rubber grips from the eclipseblade grip frame. Be careful not to drop the solenoid retainer!

If the breech sensor is being fitted, place the Breech Sensor cable on the side of the gun and mark on the cable with a felt marker the position of the cable where it will pass into the frame. ***(figure 2-7)***



Now place the cable in the slot in the top of the frame, so that the cable exits the frame at the cut-out in the top edge of the frame. Line up the mark previously made on the cable with the cut-out in the frame. ***(figure 2-8)***

Place the Solenoid cable into the slot alongside the breech sensor cable. ***(figure 2-9)***

Bring frame up to the bottom of the gun, and attach using the two 10-32 UNF x 1/2" stainless button head screws. ***(figure 2-10 and 2-11)*** Ensure that no wires are trapped between the top of the grip frame and the bottom of the marker body. Do not tighten the screws.



Place the breech sensor into its hole in the gun body ***(figure 2-12)*** and check that the exposed cable is not too long. If it is too long then, draw some of the cable back through the frame by gently pulling the back of the wire.



With the cable at the correct length, and ensuring that no wires are trapped between the top of the grip frame and the bottom of the marker body, tighten the two frame screws. Also check that the solenoid retainer is straight, and that it does not catch on the sear.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 58 of 134



Plug the breech sensor cable into the relevant socket on the grip circuit board. This connector is polarised and will only fit one way round. ***(figure 2-13)***

Plug in the cocking solenoid cable into the relevant socket on the grip circuit board. This connector is also polarised. ***(figure 2-14)***



Fig 2-14

Very carefully fold the wires into the frame ready to re-install the rubber grips.

If the breech sensor is being fitted, then you will need to modify the breech sensor cover in order to locate it into the slot in the frame. Using a strong pair of pointed pliers, bend both wires away from each other and at 90° to the rubber cover. ***(figure 2-15)*** Then bend both wires towards the frame, at 90° to the vertical. ***(figure 2-16)*** Insert the wires into the slot in the frame. ***(figure 2-17)*** Slide one end in first, ***(figure 2-18)*** then squeeze the rubber to allow the other end to be inserted into the frame (if the wires are too long then trim as required DO NOT TRIM TOO MUCH OFF).







Fig 2-15

Fig 2-16



*Attach the top end of the Breech Sensor Cover to the side of the body above the Breech Sensor, using the 4-40 UNC counter-sunk screw provided.* ***(figure 2-19)***

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 59 of 134








## Testing

Before installing a battery and fitting the rubber grips it is necessary to set the sear release mechanism:

Pull the back-block back by hand to cock the marker.

If the hammer lug does not catch on the sear, adjust the lug down until it does catch on the sear.

Use your finger or thumb to manually actuate the sear-release plunger on the sear solenoid. Pushing up on the plunger will cause the sear to actuate and release the hammer lug. ***(figure 2-20)***

Set the hammer lug so that the hammer is released near the top of the plunger travel. This will increase the life of both the sear and the hammer lug. This will lead to increased reliability of the sear release mechanism.

Insert a new battery into the frame (see Quick Set-Up section below for battery installation), making sure that the positive terminal of the battery goes to the right hand side of the frame, and is in contact with the positively marked terminal on the PCB.

Replace the rubber grips.

Power up the eclipseblade Electronic Grip Frame and again, manually cock the gun by pulling back the back-block by hand.

Pull the trigger to check that the sear release mechanism works. If it does not, then remove the grips and set the lug again.

If the sear release mechanism still does not work, go to Appendix B - Fault Finding section.

Installation of the eclipseblade Electronic Grip Frame is now complete. You can now attach any regulators and the air system.

**IMPORTANT:** Make sure that there are no paintballs in the marker, remove the loader and barrel!

Gas up your gun and power up the eclipseblade Electronic Grip Frame (see Quick Set-Up below).

Check the cocking pressure from the low pressure regulator (LPR). Use a gauge if possible, and set the output pressure to around 80 psi if the breech sensor is being used. DO NOT EXCEED 100 PSI! This will damage the solenoid valve!

If the breech sensor is not being used then set the LPR pressure lower in order to reduce the chance of chopping (as you would on a mechanical marker). The exact pressure will depend upon the types of mainspring and ram in use.

Check the cocking pressure by selecting Classic Plus Mode (see Operating Mode selection 5-7) and holding the trigger on. Whilst the trigger is held on, and the back-block is back, check that the Back-block is all the way to the rear. If the back-block can be retracted further, by pulling on the bolt pin, then increase the cocking pressure coming from the low pressure regulator.

Test fire the gun to ensure that the gun is cycling correctly, i.e. the back block is coming all the way back and that the hammer lug is catching on the sear and that the sear is releasing the hammer lug fully.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 60 of 134
Quick Set-Up

## Fitting a Battery

Ensure that the eclipseblade Electronic Grip Frame is switched off (see below).

Lay the marker on a flat surface in front of you with the feed tube furthest away and with the barrel pointing to the right.

Use a 5/64" hex wrench to remove the three countersunk screws that hold the rubber grip onto the frame (a 2mm hex wrench can also be used). Peel the grip to the right to expose the electronics within the frame.

If present, remove the existing battery by sliding your thumb into the recess below the battery and levering the battery out of the frame. ***(figure 3-1)*** Do not pull on the top of the battery to remove it as this can cause the battery terminals to bend and will result in a poor electrical connection.



Fig 3-1 Fig 3-2

Fit a 9V alkaline battery (type PP3, 6LR61 or MN1604) into the recess with the battery terminals away from you. The positive terminal should be on the right hand side, nearest to the side of the frame. ***(figure 3-2)***

Ensure that all of the wires are within the recess of the frame.

Push the rubber grip back into place and replace the three countersunk screws. Do not over-tighten the screws.

## Switching On the eclipseblade

At the rear of the frame are three recessed pushbuttons. Press and hold the centre pushbutton. After one second the Firmware version will be displayed. Release the pushbutton and the game timer will be displayed.

## Switching Off the eclipseblade

Press and hold the centre pushbutton for 1 second. The display will read '**OFF?**'. Release the centre pushbutton and re-press it to turn off the eclipseblade Electronic Grip Frame.

## Firing the eclipseblade

Pull the trigger to fire the eclipseblade Electronic Grip Frame. The marker will fire and cycle just like a standard marker, however the firing cycle is electronically controlled which means that, once the trigger has been pulled, the entire firing cycle is handled automatically.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 61 of 134

## Adjusting the Trigger

The Trigger is Factory set and needs no adjustment, however if you want to adjust it the following is a quick guide.

Using the hex wrench supplied with the eclipseblade Electronic Grip Frame, turn each of the three trigger set screws counter clockwise until they no longer protrude from the trigger.

Pull the trigger and note the point at which the marker fires. Turn the set screw that passes through the back of the trigger clockwise to reduce the amount of travel after the firing point. It will help to fire the marker after each small adjustment. Set the travel to your liking.

Again, pull the trigger and note the point at which the marker fires. Turn the setscrew that passes through the top of the trigger, nearest to the end of the trigger, clockwise to reduce the amount of travel before the firing point. It will help to fire the marker after each small adjustment. Again, set the travel to your liking.

## Using the Breech Sensor

To switch off the breech sensor, press and hold the top pushbutton for 0.5 seconds. The display will briefly show the message **'EYE OFF'**, indicating that the breech sensor has been disabled.

To switch the breech sensor back on, again press and hold the top pushbutton for 0.5 seconds. The display will briefly show the message **'EYE ON'**, indicating that the breech sensor has been enabled.





## Switching On

Pressing and holding the ***Select*** (middle) pushbutton will switch the frame on. The display will show the firmware version. Keeping a hold of the Select pushbutton will cause the battery level indicator to be displayed. When the pushbutton is released, the display will show the game timer.

Other displays are available, and these displays are accessible through the Main Menu.

## The Main Menu

To activate the Main Menu, press and hold the ***Select*** pushbutton. After one second **OFF?** will be displayed, this is one of the options on the Main Menu, as shown below.

***Lower*** →

| OFF? | TIME | SHOT | BATT | EYE | MODE | DIM | BACK |
|---|---|---|---|---|---|---|---|

← ***Raise***

Press the ***Lower*** (bottom) pushbutton to scroll down through each of the options on the menu. Once the last option on the menu has been displayed, pressing the ***Lower*** pushbutton will cause the first option to be displayed.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 62 of 134

Using the eclipseblade™

Press the ***Raise*** (top) pushbutton to scroll up through each of the options on the menu. Once the first option on the menu has been displayed, pressing the ***Raise*** pushbutton will cause the last option to be displayed.

Press the ***Select*** pushbutton to select the displayed option.

Selecting **BACK** will return the display to the display from which the main menu was selected.

## The Game Timer

Scroll through the Main Menu until the **TIME** option is displayed and then press ***Select***. This will display **SHOW**, the first option on the Timer Menu.




To display the game timer, simply ***Select*** the **SHOW** option.

To set the game timer, scroll to the **SET** option and then press ***Select***.

To return to the Main Menu, scroll to the **BACK** option and press ***Select***.

## Setting the Game Timer




Once the **SET** option has been selected from the Timer Menu, the preset game time will be displayed, the factory setting for which is 10 minutes and 10 seconds.

To increase the preset game time, repeatedly press and release the ***Raise*** pushbutton. Each time that the pushbutton is pressed, the time will increase by 1 second. To increase the time more rapidly, press and hold the ***Raise*** pushbutton. The maximum preset game time is 99 minutes and 59 seconds, once this value has been exceeded, the timer will wrap around to 0 minutes and 0 seconds.

To decrease the preset game time, repeatedly press and release the ***Lower*** pushbutton. Each time that the pushbutton is pressed, the time will decrease by 1 second. To decrease the time more rapidly, press and hold the ***Lower*** pushbutton. The minimum preset game time is 0 minutes and 0 seconds, once this value has been exceeded, the timer will wrap around to 99 minutes and 59 seconds.

Once you have set the game timer preset to the required time, press the ***Select*** button to save the value and return to the Timer Menu. The display will briefly display **OK**, indicating that the time has been accepted.

## Using the Game Timer

Once the **SHOW** option has been selected, the game timer will be displayed.

To start the game timer, press the ***Lower*** pushbutton. The timer will start to count backwards, in seconds, towards zero.

Case 1:04-cv-00184-T Document 1 Filed 05/21/2004 Page 63 of 134
Using the eclipseblade™

To stop the game timer, press and hold the ***Lower*** pushbutton for 1 second. The timer will pause at whatever time it had counted down to.

To reset the game timer, press and hold the ***Lower*** pushbutton for 1 second. The timer will return to its preset value. The game timer will also be reset whenever the eclipseblade Electronic Grip Frame is switched off.

## The Shot Counter

Scroll through the Main Menu until the **SHOT** option is displayed and then press ***Select***. This will display **SHOW**, the first option on the Shot Counter Menu.




To display the shot counter, simply ***Select*** the **SHOW** option.

To zero the shot counter, scroll to the **ZERO** option and then press ***Select***.

To return to the Main Menu, scroll to the **BACK** option and press ***Select***.

## Using the Shot Counter




Once the **SHOW** option has been selected from the Shot Counter Menu then the shot counter will be displayed.

The shot counter displays a running total of the number of shots fired by the eclipseblade Electronic Grip Frame and will increment every time that the marker is fired.

The display will normally show the 4 lowest digits of the 7 digit counter. To display the highest 3 digits, press the ***Lower*** pushbutton.

The shot counter has a maximum possible 9,999,999 shots.

The shot count is saved whenever the eclipseblade Electronic Grip Frame is switched off.

## Battery Level Indicator



Scroll through the Main Menu until the **BATT** option is displayed and then press ***Select***. This will display the battery level indicator.

The indicator shows the current battery level in the form of a vertical bar. The taller the bar, the more charge is in the battery. When the battery charge approaches the minimum operating level, the word **LOW** is displayed indicating that the battery should be changed soon. Once the battery charge falls below the minimum operating level, the word **FLAT** is displayed. You should not continue to use the battery past this point.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 64 of 134



## The Breech Sensor

The breech sensor is an advanced anti-chop eye. When the breech sensor is on, the software will prevent the breech from closing until a ball is detected in the breech. In this way the eclipseblade Electronic Grip Frame prevents the bolt from closing prematurely and chopping or trapping a paintball.

Scroll through the Main Menu until the **EYE** option is displayed and then press ***Select***. This will display **SHOW**, the first option on the Sensor Menu.




To display the breech sensor reading, simply ***Select*** the **SHOW** option.

To set the breech sensor sensitivity, scroll to the **SET** option and then press ***Select***.

To return to the Main Menu, scroll to the **BACK** option and press ***Select***.



Using the eclipseblade™

## The Breech Sensor Reading




Once the **SHOW** option has been selected from the Sensor Menu then the breech sensor reading will be displayed.

This sensor reading is a numerical representation of the signal from the breech sensor. This number can be any value between 0 and 255 - the lower this value, the more light is being reflected back to the sensor by an object that is in front of the sensor, such as the bolt or a paintball, and therefore the less sensitive the sensor has to be.

Use this display to determine whether the breech sensor is operating correctly by opening and closing the bolt and observing the displayed value change (a shiny alloy bolt should give readings of 5-15. Delrin bolts should give readings of 120-230, depending on colour).

## Adjusting the Breech Sensor Sensitivity




Once the **SET** option has been selected from the Sensor Menu, the sensitivity level is displayed.

Press and release the ***Raise*** pushbutton to increment the sensitivity level. Press and hold the ***Raise*** pushbutton to increase the sensitivity level more rapidly.

Press and release the ***Lower*** pushbutton to decrement the sensitivity level. Press and hold the ***Lower*** pushbutton to decrease the sensitivity level more rapidly.

Press ***Select*** to set the sensitivity level at the displayed level. The display will briefly display **OK**, indicating that the level has been accepted.

The breech sensor sensitivity is factory set at 128(50%), which is suitable for the vast majority of paints. If it is found that the sensor is not detecting a particular colour of shell then use the following procedure to correctly set the sensitivity.

1. Select the breech sensor reading display.
2. Hold back the bolt and drop a paintball into the breech.
3. If the shell has two colours then rotate the paintball until the darkest colour is facing the breech sensor.
4. Make a note of the reading on the display.
5. Remove the paintball from the breech.
6. Repeat steps 2 to 5 five times.
7. Take the highest reading of the five and add 10 to that reading to allow for some margin of error.
8. Change the breech sensitivity value (as explained above) to the value that you have just derived.
9. Shoot a few strings of paint to test the operation. If the sensor fails to detect the occasional paintball then the marker will 'stutter'. Simply increase the sensitivity and try again.



Using the eclipseblade™

## Selecting the Operating Mode

Scroll through the Main Menu until the **MODE** option is displayed and then press ***Select***. This will display **SEMI**, the first option on the Mode Menu. The eclipseblade Electronic Grip Frame has two modes of operation, Semi Auto mode and Classic Plus mode.




To select the Semi Auto mode of operation, ***Select*** the **SEMI** option.

To select the Classic Plus mode of operation, scroll to the **CLAS** option and press ***Select***.

To return to the Main Menu, scroll to the **BACK** option and press ***Select***.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 66 of 134

In Semi Auto mode, depressing the trigger will start the firing cycle as follows -

The sear solenoid is energised, which actuates the sear and causes the hammer to be released.

The cocking solenoid is energised, which causes the cocking block to retract the bolt and open the breech.

If the breech sensor is active then the cocking block remains retracted for a preset time (CTO Factory set at 250ms) or until a paintball is detected in the breech. If the breech sensor is inactive then the cocking block will remain retracted for a preset time (CON Factory set at a minimum of 65ms).

The cocking solenoid is de-energised and the cocking block brings the bolt forward, closing the breech.

In Classic Plus mode, depressing the trigger will again start the firing cycle as follows -

The sear solenoid is energised, which actuates the sear and causes the hammer to be released.

The cocking solenoid is energised, which causes the cocking block to retract the bolt and open the breech.

If the breech sensor is active then the cocking block remains retracted until the trigger is released, and either a ball is detected by the sensor or a preset time has elapsed without a ball being detected (CTO Factory set at 250ms). If the breech sensor is inactive then the cocking block will remain retracted until the trigger is released, provided that the cocking block has been retracted for at least a preset time (CON Factory set at a minimum of 65ms).



Using the eclipseblade™

The cocking solenoid is de-energised and the cocking block brings the bolt forward, closing the breech.

Classic Plus provides the feel of a classic mechanical marker, but without the possibility of 'short stroking' the trigger.

## Setting the Display Brightness

0
0
6

Scroll through the Main Menu until the **DIM** option is displayed and then press ***Select***. This will display the brightness level.

The number represents the amount of display dimming in the form of a number. The higher the number, the dimmer the display.

Press and release the ***Raise*** pushbutton to increase the dimming of the display. Once maximum dimming has been achieved, pressing the ***Raise*** pushbutton again will cause the dimming to go to its minimum setting.

Press and release the ***Lower*** pushbutton to decrease the dimming of the display. Once minimum dimming has been achieved, pressing and releasing the ***Lower*** pushbutton again will cause the dimming to go to its maximum setting.

There are 6 levels of brightness and the level should be set to suit the environment in which the marker is being used. Please note that increased brightness will drain the battery more quickly.

## Setting the Trigger

There are three adjustment points on the trigger - the ***Front Stop Trigger Screw***, the ***Rear Stop Trigger Screw*** and the ***Return Strength Trigger Screw***.

Start by turning each of the three screws counter-clockwise until they are no longer protruding from the trigger.

The ***Front Stop Trigger Screw*** is used to set the amount of trigger travel prior to the marker firing. Turn this screw clockwise to reduce the amount of travel. Do not turn the screw too far or the trigger will be pushed past its firing point and the marker will not work. Turn this screw counter clockwise to increase the amount of trigger travel.



Fig 5·1

The ***Rear Stop Trigger Screw*** is used to set the amount of trigger travel after the marker has fired. Turn this screw clockwise to reduce the amount of travel. Do not turn the screw too far or the trigger will be prevented from reaching its firing point and the marker will not work. Turn this screw counter clockwise to increase the amount of trigger travel.



Fig 5·2



Advanced Set-Up

The ***Return Strength Trigger Screw*** is used to adjust the amount of force with which the trigger is returned to its rest position. Turn the screw clockwise to increase the amount of force. Do not turn this screw too far or it will negate the position of the ***Front Stop Trigger Screw***. Turn the screw counter clockwise to reduce the amount of force. Do not turn the screw too far or there will not be enough force to return the trigger.



Fig 5·3

If the maximum return force is required then the trigger set-up can be simplified by removing the ***Front Stop Trigger Screw*** and using the ***Return Strength Trigger Screw*** to set the front stop.

## The Setup Menu

To activate the Setup Menu, press and hold the ***Setup*** pushbutton which is located inside the grip, on the circuit board, above the battery. After one second, **TIMG** will be displayed - this is one of the options on the menu, as shown below.

Lower →

| TIMG | FILT | FACT | BACK |
|---|---|---|---|

← Raise

Press the ***Lower*** pushbutton to scroll down through each of the options on the menu. Once the last option on the menu has been displayed, pressing the ***Lower*** pushbutton will cause the first option to be displayed.

Press the ***Raise*** pushbutton to scroll up through each of the options on the menu. Once the first option on the menu has been displayed, pressing the ***Raise*** pushbutton will cause the last option to be displayed.

Press the ***Select*** pushbutton to select the displayed option.

Selecting **BACK** will return the display to the display from which the Setup Menu was selected.

## Timing the eclipseblade

Apart from the setting of the lug, the timing of the eclipseblade Electronic Grip Frame is handled entirely by the electronics.

There are five parameters that have an effect on the timing and these parameters have to be understood in order to correctly set the timing of your marker.

Firstly, we will look at how the eclipseblade Electronic Grip Frame operates when the breech sensor is disabled.




eclipseblade
actual size
CUT ALONG THIS LINE
CENTRE
5.1000
ø4.1000
2.3mm Drill
Followed By
4-40 UNC
CENTRE
CUT ALONG THIS LINE
Remove Drilling Template Pull-Out carefully to use.

When the trigger is pulled, the sear solenoid is energised immediately, releasing the hammer and causing the marker to fire. The amount of time for which the sear solenoid is energised is known as the ***Sear Solenoid On Time (SON)***. This time should be set as short as possible, but has to be long enough in order that the hammer is actually released. On markers with heavy mainsprings or rough lugs this value will be higher than on markers with light mainsprings and smooth lugs.

Some time after the sear solenoid has been energised, the cocking solenoid is energised. The delay between the two solenoids being energised is known as the ***Cocking Solenoid On Delay (CDEL)***. This is the time that would be affected by the 3-way on a stock marker and controls the amount of time that is allowed for the hammer to open the valve before the marker starts to re-cock.

Energising the cocking solenoid causes the ram to push back the back block, retracting the bolt and allowing a paintball to drop into the breech. The cocking solenoid has to remain energised long enough for all of this to happen and that time is known as the ***Cocking Solenoid On Time (CON)***.

After the cocking solenoid on time has expired, the cocking solenoid is de-energised causing the ram to pull forwards the back block, closing the bolt and cocking the marker. The amount of time that is allowed for the bolt to fully close is known as the ***Cocking Solenoid Off Time (COFF)***. Once this time has expired, the cycle is complete and the marker is allowed to fire again on the next trigger pull.

The cycle time is therefore the amount of time from the trigger being pulled to the end of the cocking solenoid off time and is calculated as follows -

***Cycle Time = CDEL + CON + COFF***

And the maximum rate of fire is calculated as follows -

***Max ROF = 1000 / Cycle Time***

eclipseblade™

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 71 of 134

Timing the eclipseblade Electronic Grip Frame for use with the breech sensor enabled is almost exactly the same as for with the breech sensor disabled. However in this case the ***Cocking Solenoid On Time (CON)*** is controlled automatically by the breech sensor such that this time is terminated as soon as the sensor detects a paintball in the breech of the marker.




If no paintball is detected within a given time then the cocking solenoid will be disabled. This time is known as the ***Cocking Solenoid Time-Out (CTO)***.

With the breech sensor enabled, it is not possible to calculate the maximum rate of fire as this will depend on how fast the paintballs are fed into the breech.

Advanced Set-Up

## The Timing Menu

Scroll through the Setup Menu until the **TIMG** option is displayed and then press ***Select***. This will display **SON**, the first option on the Timing Menu.




Press the ***Lower*** pushbutton to scroll down through each of the options on the menu. Once the last option on the menu has been displayed, pressing the ***Lower*** pushbutton will cause the first option to be displayed.

Press the ***Raise*** pushbutton to scroll up through each of the options on the menu. Once the first option on the menu has been displayed, pressing the ***Raise*** pushbutton will cause the last option to be displayed.

Press the ***Select*** pushbutton to select the displayed option.

Selecting **BACK** will return the display to the Setup Menu.

## Sear Solenoid On Time (SON)

0
0
4

Scroll through the Timing Menu until the **SON** option is displayed.

Press the ***Select*** pushbutton to display the sear solenoid on time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the on time. Press and hold the ***Raise*** pushbutton to increase the on time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the on time. Press and hold the ***Lower*** pushbutton to decrease the on time more rapidly.

Press ***Select*** to save the sear solenoid on time and return to the timing menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Cocking Solenoid On Delay (CDEL)

0
0
3

Scroll through the timing menu until the **CDEL** option is displayed.

Press the ***Select*** pushbutton to display the cocking solenoid on delay value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the delay value. Press and hold the ***Raise*** pushbutton to increase the delay value more rapidly.

Press and release the ***Lower*** pushbutton to decrement the delay value. Press and hold the ***Lower*** pushbutton to decrease the delay value more rapidly.

Press ***Select*** to save the cocking solenoid on delay and return to the Timing Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Cocking Solenoid On Time (CON)

0
6
5

Scroll through the timing menu until the **CON** option is displayed.

Press the ***Select*** pushbutton to display the cocking solenoid on time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the on time value. Press and hold the ***Raise*** pushbutton to increase the on time value more rapidly.

Press and release the ***Lower*** pushbutton to decrement the on time value. Press and hold the ***Lower*** pushbutton to decrease the on time value more rapidly.

Press ***Select*** to save the cocking solenoid on time and return to the Timing Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 73 of 134

## Cocking Solenoid Time-Out (CTO)

**250**

Scroll through the timing menu until the **CTO** option is displayed.

Press the ***Select*** pushbutton to display the cocking solenoid time-out value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the time-out. Press and hold the ***Raise*** pushbutton to increase the time-out more rapidly.

Press and release the ***Lower*** pushbutton to decrement the time-out. Press and hold the ***Lower*** pushbutton to decrease the time-out more rapidly.

Press ***Select*** to save the cocking solenoid time-out and return to the Timing Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Cocking Solenoid Off Time (COFF)

**028**

Scroll through the timing menu until the **COFF** option is displayed.

Press the ***Select*** pushbutton to display the cocking solenoid off time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the off time. Press and hold the ***Raise*** pushbutton to increase the off time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the off time. Press and hold the ***Lower*** pushbutton to decrease the off time more rapidly.

Press ***Select*** to save the cocking solenoid off time and return to the Timing Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## The Filter Menu

Scroll through the Setup Menu until the **FILT** option is displayed and then press ***Select***. This will display **BALD**, the first option on the Filter Menu.




Press the ***Lower*** pushbutton to scroll down through each of the options on the menu. Once the last option on the menu has been displayed, pressing the ***Lower*** pushbutton will cause the first option to be displayed.

Press the ***Raise*** pushbutton to scroll up through each of the options on the menu. Once the first option on the menu has been displayed, pressing the ***Raise*** pushbutton will cause the last option to be displayed.

Press the ***Select*** pushbutton to select the displayed option.

Selecting **BACK** will return the display to the Setup Menu.

Advanced Set-Up

## Using the Breech Sensor Filter

During the firing cycle, the breech sensor looks first for an empty breech and then for a paintball within the breech. Only when the sensor has detected both conditions will it allow the bolt to close. The breech sensor software filter allows you to fine tune the operation of the breech sensor by allowing you specify how long the sensor has to see 'empty' for and how long it has to see a ball for.

## Setting the Ball Detection Time

0
0
4

Scroll through the Timing Menu until the **BALD** option is displayed.

Press the ***Select*** pushbutton to display the ball detection time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the detection time. Press and hold the ***Raise*** pushbutton to increase the detection time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the detection time. Press and hold the ***Lower*** pushbutton to decrease the detection time more rapidly.

Press ***Select*** to save the ball detection time and return to the Filter Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Setting the Empty Breech Detection Time

0
0
4

Scroll through the Timing Menu until the **EMPD** option is displayed.

Press the ***Select*** pushbutton to display the empty breech detection time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the detection time. Press and hold the ***Raise*** pushbutton to increase the detection time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the detection time. Press and hold the ***Lower*** pushbutton to decrease the detection time more rapidly.

Press ***Select*** to save the empty breech detection time and return to the Filter Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Using the Trigger Filter

The trigger has to be pulled for a specified time in order for that trigger pull to be accepted as a valid trigger pull. The marker cannot be fired until it has had a valid trigger pull.

The trigger then has to be released for a specified time in order for that release to be accepted as a valid trigger release. The marker cannot be fired again until it has first had a valid trigger release (followed, of course, by another valid trigger pull).

The trigger software filter allows you to fine tune the operation of the trigger by allowing you specify how long the trigger has to be pulled for and how long it has to be released for. This filter allows you to make the trigger more or less 'bouncy'.

## Setting the Trigger Pull Time

0
4
0

Scroll through the Timing Menu until the **TPUL** option is displayed.

Press the ***Select*** pushbutton to display the trigger pull time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the pull time. Press and hold the ***Raise*** pushbutton to increase the pull time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the pull time. Press and hold the ***Lower*** pushbutton to decrease the pull time more rapidly.

Press ***Select*** to save the trigger pull time and return to the Filter Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

Increasing this value reduces 'bounce'. Reducing this value increases 'bounce'.

## Setting the Trigger Release Time

0
4
0

Scroll through the Timing Menu until the **TREL** option is displayed.

Press the ***Select*** pushbutton to display the trigger release time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the release time. Press and hold the ***Raise*** pushbutton to increase the release time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the release time. Press and hold the ***Lower*** pushbutton to decrease the release time more rapidly.

Press ***Select*** to save the trigger release time and return to the Filter Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

Increasing this value reduces 'bounce'. Reducing this value increases 'bounce'.

## Factory Settings Menu

Scroll through the Setup Menu until the **FACT** option is displayed and then press ***Select***. This will display **PR S**, the first option on the Filter Menu.




Press the ***Lower*** pushbutton to scroll down through each of the options on the menu. Once the last option on the menu has been displayed, pressing the ***Lower*** pushbutton will cause the first option to be displayed.

Press the ***Raise*** pushbutton to scroll up through each of the options on the menu. Once the first option on the menu has been displayed, pressing the ***Raise*** pushbutton will cause the last option to be displayed.

Press the ***Select*** pushbutton to select the displayed option.

Selecting **BACK** will return the display to the Setup Menu.

## Selecting a Factory Setting

The eclipseblade Electronic Grip Frame has three sets of factory settings, designed for slow markers (**PR S**), medium markers (**PR M**) and fast markers (**PR F**).

These factory settings cover all of the parameters previously discussed and provide a good starting point for setting up the eclipseblade Electronic Grip Frame for optimal performance. These factory settings also provide a safety net, allowing you to restore the eclipseblade to a known condition when you've screwed it up and have no idea why!

***Select*** whichever option is most appropriate for the marker. **OK** will be briefly displayed, indicating that the setting has been accepted.

If you are unsure then start with the slowest option, **PR S**, and work your way up.

| | | | |
|---|---|---|---|
| Main Menu | OFF? | | Turn the eclipseblade Off |
| | TIME | | Go to the Timer Menu |
| | | SHOW | Show the Game Timer |
| | | SET | Set the Game Timer Preset |
| | | BACK | Return to the Main Menu |
| | SHOT | | Go to the Shot Counter Menu |
| | | SHOW | Show the Shot Counter |
| | | ZERO | Zero the Shot Counter |
| | | BACK | Return to the Main Menu |
| | BATT | | Show the Battery Level Indicator |
| | EYE | | Go to the Sensor Menu |
| | | SHOW | Show the Breech Sensor Reading |
| | | SET | Set the Breech Sensor Sensitivity |
| | | BACK | Return to the Main Menu |
| | MODE | | Go to the Mode Menu |
| | | SEMI | Set Semi-Auto Mode of Fire |
| | | CLAS | Set Classic Plus Mode of Fire |
| | | BACK | Return to the Main Menu |
| | DIM | | Set the Display Brightness |
| | BACK | | Return to the Regular Display Mode |
| Setup Menu | TIMG | | Select the Timing Menu |
| | | SON | Set the Sear Solenoid On Time |
| | | CDEL | Set the Cocking Solenoid On Delay |
| | | CON | Set the Cocking Solenoid On Time |
| | | CTO | Set the Cocking Solenoid Timeout |
| | | COFF | Set the Cocking Solenoid Off Time |
| | | BACK | Return to the Setup Menu |
| | FILT | | Select the Filter Menu |
| | | BALD | Set the Ball Detection Time |
| | | EMPD | Set the Empty Breech Detection Time |
| | | TPUL | Set the Trigger Pull Time |
| | | TREL | Set the Trigger Release Time |
| | | BACK | Return to the Setup Menu |
| | FACT | | Select the Factory Settings Menu |
| | | PR S | Set the Factory Presets for a Slow Marker |
| | | PR M | Set the Factory Presets for a Medium Marker |
| | | PR F | Set the Factory Presets for a Fast Marker |
| | | BACK | Return to the Setup Menu |
| | QUIT | | Return to the Regular Display Mode |

Maintenance

## Cleaning the Breech Sensor...

De-gas your marker and remove the barrel and loader to make it easier to work on. Undo the retaining screw on the breech sensor cover using a 1/16th inch Allen key. (see fig.6-1)



Fig 6-1 Fig 6-2

Gently lift the breech sensor cover to expose the back of the breech sensor.

(see fig.6-2)



## ... Cleaning the Breech Sensor

Using a dry Q-tip, carefully remove any debris, paint or moisture from the back of the breech sensor unit and from inside the breech sensor cover.

(see fig.6-3)



Fig 6-3 Fig 6-4

Carefully ease the breech sensor out of the cocker body and using another dry Q-tip, remove any grease or debris from the front of the unit.

(see fig.6-4)

Replace the breech sensor in the cocker body and replace the breech sensor cover. Using a 1/6th Allen key, replace the retaining screw to hold the breech sensor cover in place. Be careful not to cross-thread the screw. Do not overtighten the screw.

***You have now cleaned your breech sensor.***

## Cleaning the Cocking Solenoid...

De-gas your marker and remove the screws that hold down the right hand side of the grip cover onto the e-Blade frame, using a 5/64th inch Allen key. (see fig.7-1)



Fig 7-1



Fig 7-2

Carefully unplug the cocking solenoid lead connector from the top port on the PCB. (see fig.7-2)



Maintenance

## ...Cleaning the Cocking Solenoid

Remove the two grip frame screws using a 1/8th inch Allen key and carefully free the cocking solenoid leads from the groove in the top of the grip frame.

(see fig.7-3)



Fig 7-3



Fig 7-4

On the underside of the cocking solenoid manifold, you will see that there are two screws holding the solenoid into the manifold. (see fig.7-4)

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 79 of 134

## ...Cleaning the Cocking Solenoid

Using the correct size Philips head screwdriver, carefully remove these two screws so that the cocking solenoid is no longer held in place. (see fig.7-5)


Fig 7-5


Fig 7-6

Carefully lift the cocking solenoid from it's manifold, taking care to pass the lead and connector safely through the hole in the semi block that the cocking solenoid manifold screws into. (see fig.7-6)



Maintenance

## ...Cleaning the Cocking Solenoid

Remove the solenoid gasket from the bottom of the cocking solenoid and make sure that it is thoroughly clean and free of any debris. (see fig.7-7)


Fig 7-7


Fig 7-8

Holding the cocking solenoid with the smallest end facing you, use a small Philips head screwdriver to remove the end cap. If you are in doubt which end this is, there is a small "A" printed on the top of the solenoid. One end of the spool will now be exposed. (see fig.7-8)

## ...Cleaning the Cocking Solenoid

Turn the cocking solenoid around so that the grey end (a small "B" is printed on the top of the solenoid as well) is now facing you, use a small Philips head screwdriver to remove the end cap. (see fig.7-9)



Fig 7-9 Fig 7-10

Another set of screws is now exposed. Remove these to expose the other end of the spool. (see fig.7-10)





## ...Cleaning the Cocking Solenoid

Using a small tool carefully push the spool out of the solenoid body. (see fig.7-11)



Fig 7-11 Fig 7-12

Carefully inspect each of the spool o-rings to check that they are not damaged and lubricate well with Molycote Dow 33. If any of the spool o-rings are damaged please contact us and we will advise you on how best to proceed. (see fig.7-12)

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 81 of 134

Maintenance

## ...Cleaning the Cocking Solenoid

Replace the spool into the solenoid body and reattach the small end cap onto the end marked "A", making sure that the notch in the end cap is at the bottom and that the SMC marked on the end cap reads the right way up when it is attached. (see fig.7-14)




Fig 7-14

Fig 7-15

Re-attach the middle section to the end of the solenoid marked with a "B" and then reattach the grey end cap to the exposed end of the middle section that you have just attached. (see fig.7-15)

## ...Cleaning the Cocking Solenoid

Turn the solenoid upside down and apply a small amount of Molycote Dow 33 to where the solenoid gasket will sit. Replace the solenoid gasket making sure that it is sitting correctly, and that it lines up with the holes at the bottom of the solenoid. (see fig.7-16)




Fig 7-16

Fig 7-17

(see fig.7-17) for correct and in-correct replacements.

## ...Cleaning the Cocking Solenoid

Carefully feed the cocking solenoid leads through the hole in the manifold so that the cocking solenoid sits comfortably in the manifold. (see fig.7-18)



Fig 7-18 Fig 7-19

Replace the solenoid retaining screws and tighten snugly so that the gasket seals the solenoid into the manifold. (see fig.7-19)

Carefully reposition the cocking solenoid leads and breech sensor and cover into their designated places at the top of the frame before tightening the frame screws and attaching your e-Blade frame back onto your cocker.

Plug your cocking solenoid connector into the top port of the PCB, and reattach the grip cover screws.

***You have now cleaned your cocking solenoid.***



Maintenance

## Lubricating the Sear...

De-gas your marker and remove the barrel and loader to make it easier to work on. Undo the retaining screw on the breech sensor cover using a 1/16th inch Allen key, and lift the breech sensor and cover clear of the marker body. (see fig.8-1)



Fig 8-1 Fig 8-2

Remove the two grip frame screws using a 1/8th inch Allen key and carefully free the frame from the body, exposing the sear. (see fig.8-2)

## ...Lubricating the Sear

Using Wurth HHS 2000, highly adhesive, pressure resistant, synthetic grease, spray a light coating onto the polished rear face of the sear. Blow onto the HHS 2000 to dry it onto the sear and repeat the process so that a second coat is applied (NOTE: Wurth HHS 2000 is the recommended lubricant, but any highly adhesive, pressure resistant lubricant should work).

(see fig.8-3 and 8-4)



Fig 8-3



Fig 8-4

Reattach the grip frame to the marker, taking care not to damage the breech sensor or the cocking solenoid leads. Attach the two grip frame screws and the breech sensor cover screw.

***You have now lubricated your sear.***

Maintenance

## Checking and Setting Sear Solenoid Plunger travel...

De-gas your marker and remove the barrel and loader to make it easier to work on. Using a 5/64th inch Allen key, remove the screws that hold down the right hand side of the grip cover onto the e-Blade frame. Carefully peel back the rubber grip cover and hold it to one side. (see fig.9-1)



Fig 9-1



Fig 9-2

Using a pair of digital callipers, measure the distance in millimetres, between the base of the sear solenoid and the top of the plunger. The optimum distance should be 1.45mm (0.0575")(+/- 0.05mm/0.0020").

(see fig.9-2)

If your sear solenoid plunger travel is between 1.40mm(0.0555") and 1.50mm(0.0595"), then replace the grip cover and reattach the three grip screws that hold it in place.

## ...Checking and Setting Sear Solenoid Plunger travel

If your sear solenoid plunger travel is not within the suggested range, turn the marker over and remove the remaining three screws that attach the left hand side of the grip cover to the frame. Also unplug the cocking solenoid connector from the top port of the PCB at this time. (see fig.9-3)



Fig 9-3 Fig 9-4

Remove the two grip frame screws using a 1/8th inch Allen key, the breech sensor cover screw using a 1/16th inch Allen key, and lift the breech sensor and cover away from the marker body, unplugging the breech sensor connector from it's port on the PCB at this time. Remove the sear solenoid retainer to allow easy access to the sear and sear solenoid. (see fig.9-4)





## ...Checking and Setting Sear Solenoid Plunger travel

Using a 1/16th Allen key loosen the sear pin retaining screw in the top of the frame, so that the sear pin can be removed and the sear and sear spring can be removed from the grip frame. (see fig.9-5)



Fig 9-5 Fig 9-6

Using a 1/16th Allen key loosen the two screws either side of the sear solenoid that hold it in place. Loosen them enough so that the sear solenoid can be removed easily without any damage. (see fig.9-6)

## ...Checking and Setting Sear Solenoid Plunger travel

By gripping the sear solenoid at the bottom of the plunger, lift it free from the grip frame, ensuring that the lead is not damaged, exposing the set- screw that determines the length of the sear solenoid plunger travel. (see fig.9-7)



Fig 9-7



Fig 9-8

Using a long handled 1/16th inch Allen key adjust this set-screw as required. If your plunger travel is too low you will have to wind the set screw in further, if your plunger travel is too high then the set screw will have to be raised until you achieve the correct setting. Make sure that the grub screw is tight. If it is easy to turn you will need to Loctite the screw in place to stop it moving during use. (see fig.9-8)



Maintenance

...Checking and Setting Sear Solenoid Plunger travel

When adjusting the set-screw, make sure that you re-check the plunger travel before re-assembling everything. The best method is to reinsert the sear solenoid and hold the top of it whilst measuring the plunger travel distance to make sure that it is accurate. Repeat until the correct reading is achieved. (see fig.9-9)



Fig 9-9

Reassemble the grip frame, ensuring that no parts are left out and that no leads are pinched when attaching the frame to the marker body. Reattach the grip cover.

***You have now checked and altered (if necessary) your sear solenoid plunger travel.***

# Fault Finding

The following tables details some of the more common problems that may be encountered with the eclipseblade Electronic Grip Frame.

| Symptom | Possible Cause | Solution |
|---|---|---|
| Although a fresh battery has been fitted, the eclipseblade will not switch on. | The battery has been fitted incorrectly. | Fit the battery correctly with the positive terminal nearest to the side of the frame. |
| | The battery terminals are not making proper contact with the battery. | Remove the battery, gently bend the terminals towards where the battery will sit and then replace the battery. |
| The battery does not seem to last very long. | The battery type is of a low quality. | Use an alkaline or metal hydride battery. Do not use a low quality or rechargeable battery. |
| | The eclipseblade uses a small amount of charge when the gun is switched off. | If you do not plan to use your marker for a while then remove the battery. |
| | If the brightness of the display is turned up high then the battery will drain more quickly than if the brightness is set lower. | Turn the brightness of the display down. |
| | If the hammer release is stiff then the sear solenoid will need more power to operate the sear. | Polish hammer lug. |
| | | Lubricate Back of sear (see page maintenance section). |
| The marker is shooting slowly. | The timing parameters have been altered. | Check and adjust the timing parameters as required. If in doubt, reset to factory settings. |



# Fault Finding

| Symptom | Possible Cause | Solution |
|---|---|---|
| The marker will not shoot, or shoots intermittently. | The trigger has been incorrectly set. | Adjust the trigger stops. |
| | If the grips are off then bright light can interfere with the trigger sensor. | Replace the grips or shade the trigger sensor. |
| The marker is cocking, but not firing. | One of the sear solenoid wires is broken. | Repair the broken wire. |
| | The cocking lug has been over extended. | Back off the cocking lug by turning it counter-clockwise. |
| | There is excessive friction between the timing lug and the sear. | Reduce the main spring tension. |
| | | Polish and oil the lug. Oil the sear. |
| The marker is cocking but not firing when shooting quickly. | The battery is getting low on charge. | Replace the battery. |
| | There is excess friction between the sear and hammer lug. | Polish hammer lug. |
| | | Lubricate Back of sear.(see maintenance) |
| Two or more balls are being fed into the breech. | The ball detente is broken or jammed. | Change the ball detente spring or finger. |
| | If the eBlade is running in Classic Plus mode with a Halo loader, it is possible that the loader is forcing balls past the ball detente. | |

# Fault Finding

| Symptom | Possible Cause | Solution |
|---|---|---|
| The marker is chopping or trapping paint. | The breech sensor is switched off. | Switch on the breech sensor. |
| | | Increase the breech open time. |
| | The bolt is dirty, causing the breech sensor to incorrectly detect a retracted bolt. | Clean the bolt. |
| | | Increase the breech empty detection time (EMPD). |
| | The breech sensor is dirty causing the incorrect detection of paintballs. | Clean the breech sensor. |
| | The sensitivity of the breech sensor has not been set correctly for the paint or bolt being used. | Adjust the sensitivity of the breech sensor. |
| | The loader is feeding too slowly, causing balls to bounce in the breech. | Ensure that the loader is working properly and that the loader batteries are okay. |
| | | Decrease the ball detection time (BALD). |
| | | Use a faster loader. |
| | | Shoot slower! |



# Fault Finding

| Symptom | Possible Cause | Solution |
|---|---|---|
| The cocking solenoid is leaking | Is it leaking from the Barbs? | Check Hoses for cuts. |
| | | Remove barbs, clean threads and Loctite the barbs back in place. DO NOT OVER TIGHTEN THE BARBS. |
| | Is it leaking from inside the solenoid manifold? | Check Low Pressure Regulator (LPR) pressure first. This should not exceed 90 psi. |
| | | Check solenoid retaining screws first (see Maintenance section) |
| | | If leak persists, fully strip, clean and lubricate the solenoid and gasket (see maintenance section) |
| My trigger is very "Bouncy", how can I reduce it? | Increase the trigger filter settings. | Increase the settings up to TPUL = 10, TREL = 35-40 |
| | Reduce LPR pressure | Reduce the LPR pressure down to its minimum level to reduce the kick of the gun. |
| | Reduce the mass of the bolt system | Reducing the mass of the bolt, back-block and pump rod will reduce the kick of the gun and reduce trigger bounce. |
| How can I get the best performance out of my gun? | Check your setup | Using a force-fed loader (Halo B VL eVLution II) with the breech sensor installed will give the highest performance gains. |
| | | Use a quick ram and light bolt to increase the cycle speed of the bolt system. |

# Drilling Template

## 50% of actual size




# Notes

> MANUFACTURED IN ENGLAND BY PLANET ECLIPSE <

tel: UK +44 (0)161 872 5572
tel: USA 401 247 9061
e-mail: info@planeteclipse.com
web: www.planeteclipse.com

35

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE ☆ THE LIBRARY OF CONGRESS ☆

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

(b)

TX 5-762-219

EFFECTIVE DATE OF REGISTRATION

July 30, 2003
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

OPERATING MANUAL FOR THE EBLADE ELECTRONIC GRIP FRAME

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼** Planet Eclipse Limited

**DATES OF BIRTH AND DEATH** Year Born ▼ n/a Year Died ▼ n/a

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ United Kingdom

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Manual

**b** **NAME OF AUTHOR ▼** \

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 2002 ◀ Year. This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ October Day ▶ 18 Year ▶ 2002
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Planet Eclipse Limited
Units 7 & 8 Southfield Ind. Est., Praed Road
Trafford Park, Manchester, UK M17 1SJ

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED JUL. 30. 2003

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED JUL. 30. 2003

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY JV

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No *If your answer is "Yes," why is another registration being sought? (Check appropriate box.)* ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** *Identify any preexisting work or works that this work is based on or incorporates.* ▼

See instructions before completing this space.

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

David R. Josephs, Esq.
Barlow, Josephs & Holmes, Ltd.
101 Dyer Street, 5th Floor
Providence, RI 02903

Area code and daytime telephone number ▶ 401-273-4446 Fax number ▶ 401-273-4447

Email ▶ drj@barjos.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Copyright Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

David R. Josephs Date ▶ 28 July 2003

Handwritten signature (X) ▼

X [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼
Barlow, Josephs & Holmes, Ltd.

Number/Street/Apt ▼
101 Dyer Street, 5th Floor

City/State/ZIP ▼
Providence, RI 02903

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.


eclipseblade™
"why rely on accuracy by volume...
...when the eblade delivers accuracy and volume"
electronic 3-way
magnoptic trigger
led display
breech sensor
custom grips
eclipse
tel: UK +44 (0)161 872 5572
for local dealers check online
tel: USA 401 247 9061
e-mail: info@planeteclipse.com
planeteclipse.com
Eclipse, Planeteclipse, Eclipseblade, the eclipseblade logo, the eclipse e logo and the eclipse grip design are all design trademarks, trademarks or registered trademarks of Planet Eclipse Ltd.
The Eclipseblade Electronic Grip Frame has patents applied for and patents pending by Planet Eclipse Ltd
© 2002 Planet Eclipse Ltd. All rights reserved
1.12.2002


eclipseblade™
eclipseblade™ retro frame kit
also available in black
eclipseblade frame, electronic 3-way, breech sensor and custom grips
magnoptic trigger
custom grips
led display
electronic 3-way
breech sensor
industrial specification processor with a proven track record provides a high degree of reliability
user settings are stored in Flash EEPROM and are retained even when the battery is removed
built-in future proofing is achieved through Flash upgradeable firmware
non contact optical switching ensures smooth trigger operation
magnetic trigger return provides positive tactile feedback
ultra fine adjustment by means of externally adjustable trigger stops
reflective IR sensor monitors operation of the bolt and the feeding of paint in order to optimise the cocking cycle
allows rates of fire exceeding 16 bps without chopping
adjustable sensitivity provided through user interface
multi character dot matrix LED user interface display
easy select game timer, shot counter, breech sensor reading or battery level indicator
read the display without taking your eyes off the game
independent control of the hammer release and the cocking mechanism
marker is timed electronically with a high degree of precision through the user interface
uses single, readily available 9v batteries, simplistic user friendly interface all settings are adjustable on-gun no unnecessary features just switch on and go
Designed to simply retro fit on to any cocker, the eclipseblade frame is easy to install with comprehensive instructions included. if you want your frame professionally fitted check our dealer list online or call for a dealer near you
NPPL
"closed bolt matched with electronic rates of fire the most feared cocker money can buy!"
eclipse
for local dealers check online
tel: USA 401 247 9061
e-mail: info@planeteclipse.com
planeteclipse.com
The Eclipseblade Electronic Grip Frame has patents applied for and patents pending by Planet Eclipse Ltd.
Eclipse Ltd. All rights reserved


eclipseblade™
SO NASTY
BEST GUN I EVER SHOT. PERIOD.
dellas ( eclipse factory team ) pimpin' the eclipseblade™
© 2003 Planet Eclipse Ltd All rights reserved 070503
planeteclipse.
Eclipseblade
Autococker retro fit frame kit
Available in black/chrome


dellas - eclipse factory team
pimpit
NPPL
eclipse
factory series
> available (satin finish)
silver 2 black
blue 2 black
red 2 black
orange 2 black
2 more reasons to buy an
eclips blade*
pro series
> available (satin finish)
red 2 black
blue 2 black
silver 2 black
solid black
cobalt
nexus series
> available (satin finish)
nebula
graphite
pinklady
> Eclipseblade Frame
Autococker retro fit frame kit
Available in black/chrome/silver/blue/red
like you needed any
* made with genuine WGP Cocker bodies.
eclipseblade.
UK 44 (0)161 872 5572
USA 401 247 9061
info@planeteclipse.com

8

# THE XONIC








(e)


XONIK
VENGEANCE
XONIK
MADE IN USA


Xonik
vengeance
Santa Ana CA 92704.


MADE IN USA


SYSTEM X XONIK TRIGGER FRAME BODY
2399220051


XONIK
MADE IN USA
XONIK


WARNING! THIS PAINTBALL ACCESSORY IS NOT A TOY. WARNING!
Careless or improper use, including failure to follow instructions in the operator's manual could cause serious injury or death. all persons using this product or within 200m of the products use, must wear eye and head protection specifically designed for paintball. Please read instruction manual before use, available from Xtreme Enterprises, 3330 S. Harbor Blvd. Santa Ana CA 92704. Tel: 1-800-974-3355. www.xenterprises.com
chrome
black
other

OPERATING MANUAL

# xonik

## Electronic Marker

www.xenterprises.com
1-800-974-3355





# Introduction

## About this Manual

This manual contains the installation and operating instructions for the **Xonik** electronic marker.

Because most people do not like reading manuals, the following is a guide to what you must read

If you will be fitting the **Xonik** yourself then please read the following sections before starting the installation.

Section 1 – Orientation.

Section 2 – Fitting.

Section 3 – Quick Set-Up

If the **Xonik** has been supplied to you already fitted, and you want to get up and running quickly, then read the following sections

Section 1 – Orientation.

Section 3 – Quick Set-Up

However, if you want to have a full understanding of the **Xonik** then please read the whole manual.

# Orientation

## 1. Orientation

This section names the component parts of the **Xonik**

## 2. Fitting

This section explains how to fit the **Xonik** to your marker. If the **Xonik** has been supplied pre-fitted then you may skip this section.


- Tools Required for Fitting Frame and Solenoid ................ 2-1
- Tools Required for Fitting Breech Sensor ........................ 2-1
- Preparation ........................................................ 2-1
- Fitting the Breech Sensor ........................................ 2-3
- Fitting the Cocking Solenoid ..................................... 2-4
- Fitting the Frame .................................................. 2-5
- Testing ............................................................. 2-8


## 3. Quick Set-Up

This section provides details on how to get up and running quickly with the **Xonik**. This section is essential reading.


- Fitting a Battery .................................................. 3-1
- Switching On the **Xonik** ........................................ 3-2
- Switching Off the **Xonik** ....................................... 3-2
- Firing the **Xonik** ................................................ 3-2
- Adjusting the Trigger ............................................. 3-2
- Using the Breech Sensor .......................................... 3-3


## 4. Using the Xonik

This section provides more detailed information on how to interact with the **Xonik** via its user interface.


- Switching On ....................................................... 4-1
- The Main Menu ..................................................... 4-1




Xonik Operation Manual Xtreme Enterprises, Inc.

# Orientation


- The Game Timer ..................................................... 4-2
- Setting the Game Timer ........................................... 4-2
- Using the Game Timer ............................................. 4-3
- The Shot Counter ................................................... 4-3
- Using the Shot Counter ........................................... 4-3
- Battery Level Indicator ........................................... 4-4
- The Breech Sensor ................................................. 4-4
- The Breech Sensor Reading ...................................... 4-4
- Adjusting the Breech Sensor Sensitivity ...................... 4-5
- Selecting the Operating Mode .................................. 4-6
- Setting the Display Brightness ................................. 4-7


## 5. Advanced Set-Up

This section contains more detailed information on setting up the **Xonik**.


- Setting the Trigger ................................................ 5-1
- The Setup Menu ..................................................... 5-2
- Timing the **Xonik** ............................................... 5-2
- The Timing Menu ................................................... 5-4
- Sear Solenoid On Time (SON) .................................... 5-6
- Cocking Solenoid On Delay (COD) .............................. 5-6
- Cocking Solenoid On Time (CON) ............................... 5-6
- Cocking Solenoid Time-Out (CTO) ............................... 5-7
- Cocking Solenoid Off Time (COFF) .............................. 5-7
- The Filter Menu ..................................................... 5-8
- Using the Breech Sensor Filter .................................. 5-8
- Setting the Ball Detection Time ................................. 5-9
- Setting the Empty Breech Detection Time .................... 5-9
- Using the Trigger Filter ........................................... 5-10

# Orientation


- Setting the Trigger Pull Time .......... 5-10
- Setting the Trigger Release Time .......... 5-10
- Factory Settings Menu .......... 5-11
- Selecting a Factory Setting .......... 5-11


## Appendix A - Display / Menu Tree

This section provides a quick reference to the user interface.


- Main Menu .......... A-1
- Setup Menu .......... A-1


## Appendix B - Fault Finding

This section provides information on how to resolve any problems that might arise with your **Xonik**.





# Orientation



1. **Frame** - the frame houses the electronics, the battery and the hammer release mechanism.
2. **Trigger** - the trigger is used to fire the marker.
3. **Grips** - the wrap-around rubber grips cover the frame and protect the electronics housed within.

# Orientation

4. **Breech Sensor** - the breech sensor fits through a hole in the side of the marker body and 'looks' into the breech. A ribbon cable runs from the breech sensor vertically down and into a recess in the frame.
5. **Breech Sensor Cover** - this cover is used to protect both the breech sensor and the breech sensor cable.
6. **Cocking Solenoid** - this solenoid is used to control the cocking mechanism of the marker by switching the pneumatic supply to either side of the ram. Two electrical wires connect the solenoid to the grip circuit board.
7. **Cocking Solenoid Manifold** - the cocking solenoid is mounted into a manifold, which doubles as a protective cover.
8. **Sear** - the sear pivots to provide a mechanism for releasing the hammer.
9. **Sear Pin** - this pin passes through the center of the sear and is retained by a small set screw.
10. **Sear Spring** - this spring is used to return the sear to its rest position.
11. **Sear Solenoid** - this solenoid is used to pivot the sear and therefore release the hammer. The solenoid is held in place by two set screws, one on each side of the frame. Two electrical wires connect the solenoid to the grip circuit board.
12. **Sear Solenoid Retainer** - this is used to clamp the sear solenoid in place.
13. **Grip Circuit Board** - this printed circuit board contains all of the electronics required to control the operation of the **Xonik**.
14. **Battery** - the battery provides the power for the electronics. The battery terminals are pushed against two spring connectors on the grip circuit board. A groove is machined into the frame below the battery to assist with battery removal.
15. **Cocking Solenoid Connector** – this connector is used to connect the cocking solenoid wires to the grip circuit board.
16. **Sear Solenoid Connector** – this connector is used to connect the sear solenoid wires to the grip circuit board.
17. **Breech Sensor Connector** – this connector is used to connect the breech sensor ribbon cable to the grip circuit board.





Orientation

18. **Interface Connector** – this connector is used to connect the a computer to the grip circuit board by means of the **Xonik** PC Interface.
19. **Setup Pushbutton** - this pushbutton is used to activate the setup menu.
20. **Display** - this four character LED display is used to provide the user with visual information.
21. **Raise Pushbutton** - this pushbutton is used to turn the breech sensor off and on, to scroll up through menu options and to increase the values of parameters.
22. **Select Pushbutton** - this pushbutton is used to activate the main menu and to select the displayed menu option.
23. **Lower Pushbutton** - this pushbutton is used to control the game timer, to scroll down through menu options and to decrease the values of parameters.

# Fitting

**Fitting the Xonik is relatively straightforward, however if you are uncomfortable drilling holes into the body of your marker then we recommend that you have the frame fitted by an authorised Xonik dealer.**

## Tools Required for Fitting Frame and solenoid

- 1/8" Hex Key
- 1/16" Hex Key
- 5/64" (2mm) Hex Key
- Adjustable Wrench
- Loctite/PTFE Tape
- 9V Battery (PP3, 6LR61,MN1604)

## Tools Required for Fitting Breech Sensor

- Pillar Drill/ Drill Press
- 5/64 (0.0781") Drill Bit
- No.43 (0.089", 2.3mm) Drill
- No.3-48 R.H. Tap
- Center Punch
- Electrical Tape
- Pointed-Nose Plies
- De-Burring tool
- Wire Cutters

## Preparation

You will need to prepare your Vengence ready to receive the **Xonik** kit.

The **Xonik** kit comprises of 3 main elements, the Frame, the Cocking Solenoid and the Breech sensor.





# Fitting

The fitting of the frame and the Cocking Solenoid are essential to the operation of the **Xonik**, where the Breech sensor, though thoroughly recommended, is not crucial to the basic operation of the Kit.

Where the installation of the Frame and Cocking solenoid can be carried out with just a little basic Vengence knowledge, we recommend that an installation center only carry out the installation of the Breech sensor. Installation of the Breech sensor does include a small amount of machining to the body of the Vengence.

### For Frame and Cocking Solenoid Only

Remove gas source, paint, barrel and loader. Ensure all gas is purged from the gun. If the gun is fitted with fore-grip or vertically mounted regulator, remove these also.

Remove the complete grip-frame from the gun.

Remove all low pressure hosing from the ram, 3-way and low pressure regulator.

Remove the low-pressure regulator. Note: You may need to remove the barb fitting from the regulator in order to turn it past the body of the 3-way. This will depend on the type of regulator.

Remove the set screws from the 3-way coupling, and dis-engage the coupling from the 3-way shaft.

Remove the 3-way complete.

Remove the 3-way shaft and the 3-way actuating rod.

Your semi-block should now only have the ram attached to it, with no hosing. There should be no grip-frame on the gun.



Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 111 of 134



# Fitting

At this stage it is VERY important that you check the type, and condition of the cocking lug (or Timing Pin) inserted in the hammer.

It is VITAL to the correct operation of this kit that the cocking lug is of the type:

¼"-28 UNF or more typically known as a "fat" cocking lug, and that it is "square-cut" at the tip and polished. The lug CANNOT have either a chamfered, rounded or pointed end to the cocking lug. A lug with anything other than a polished "square-cut" tip will severely impair the performance of the **Xonik**.



If your cocking lug does not fit the above description than it is advisable to either change it or modify it at this stage, before continuing with the installation of the **Xonik**.

## Fitting the Breech Sensor

NOTE: These instructions and Template are for a vertical feed body only.

Remove bolt and Anti-Double Ball

You may also want to remove the Cocking rod, Back-block and Semi-Block to aid with drilling.

Place Breech Sensor Template over body and secure in place with tape.

Mark the centers of both holes using a center punch, through the Template.

Remove Template.

Clamp body flat and level in drill press vice.

Use a 5/64 (0.0781") Dia. Drill and No.43 (0.089", 2.3mm) Drill in the locations indicated on the Template.

Remove body from vice.





# Fitting

Use 3-48 R.H. tap in the No.5/64 (0.0781") hole for the Breech Sensor retaining screw.

Remove any metal cuttings from the breech and use a scraper to carefully remove burs on the inside of the breech around the 2 new holes.

If you removed the Cocking rod, Back-block and Semi-Block, replace them now, ensuring that you fix the back-block the correct distance onto the pump rod. So that with the ram all the way forward, the back-block *just* touches the body.

Your gun is now ready to accept the **Xonik** Kit.

## Fitting the Cocking Solenoid

The 5-Way Cocking solenoid valve comes pre-assembled into the solenoid manifold. There is no reason to remove the cocking solenoid from the manifold to install the manifold. Leave the cocking solenoid fitted into the manifold.

The Cocking solenoid manifold attaches directly into the semi-block, in place of the conventional 3-way.

Feed the cocking solenoid cable through the semi-block and through the vertical reg-mount, if one is fitted.

Screw the manifold into the semi-block, being careful not to cross-thread the manifold. Do Not force into place if the threads appear tight.

The manifold may not line up when screwed all the way into the semi-block. It may be necessary to back up so that the hose attachments are pointing upwards.



# Fitting

Attach the Low Pressure Regulator back onto the semi-block. It may be necessary to remove the outlet fitting (nipple/barb) of the regulator in order to screw the regulator past the new Solenoid Manifold. Use Hydraulic sealant or thread-lock to seal the threads of the outlet (nipple/barb) back into the regulator. Position the regulator so that the barb is pointed downwards towards the bottom of the manifold.

Attach a piece of low-pressure hose between the rear ram barb and the rear Solenoid manifold barb.

Attach a piece of low-pressure hose between the low-pressure regulator barb and the center Solenoid manifold barb.

Attach a piece of low-pressure hose between the front ram barb and the front Solenoid manifold barb.

The pneumatics of the gun are now complete.



## Fitting the Frame

Completely remove the wrap-around rubber grips from the grip frame. Be careful not to drop the Solenoid Retainer!

If the breech sensor is being fitted, place the breech sensor cable on the side of the gun and mark on the cable with a felt marker the position of the cable where it will pass into the frame.





Xonik Operation Manual Xtreme Enterprises, Inc.

# Fitting

Now place the cable in the slot in the top of the frame, so that the cable exits the frame at the cut-out in the top edge of the frame. Line up the mark previously made on the cable with the cut-out in the frame.



Place the Solenoid cable into the slot alongside the Breech Sensor cable.

Bring frame up to the bottom of the gun, and attach using the two 10-32 UNF x ½" Stainless button head screws. Ensure that no wires are trapped between the top of the grip frame and the bottom of the Vengence body. Do not tighten screws.



Place Breech Sensor into hole in gun body and check that the exposed cable is not too long. If it is too long, draw some of the cable back through the frame by gently pulling the back of the wire.



Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 113 of 134

# Fitting

With the cable the right length, and ensuring no wires are trapped between the top of the grip frame and the bottom of the Vengence body, tighten the two frame screws. Also check that the solenoid retainer is straight, and not catching on the sear.

Plug the Breech Sensor cable into the relevant socket on the board. Note that it can only be plugged in one way round.



Plug in the Cocking Solenoid cable into the relevant socket on the board. Note that it can only be plugged in one way round.



Very carefully fold the wires into the frame ready to re-install the rubber grips.







# Fitting

If the Breech Sensor is being fitted, place the supply aluminum eye cover over the breech sensor and fasten with the supply screw.



Attach the top end of the Breech Sensor Cover to the side of the body above the Breech Sensor, using the 3-48 R.H. socket screw provided.

## Testing

Before installing a battery and fitting the rubber grips it is necessary to set the sear release mechanism:

Pull the back-block back by hand to cock the gun.

If the hammer lug does not catch on the sear, adjust the lug down until it does catch on the sear.

Use your finger or thumb to manually actuate the sear-release plunger on the Sear Solenoid. Pushing up on the plunger will cause the sear to actuate and release the hammer lug.



# Fitting

Set the hammer lug so that the hammer is released near the top of the plunger travel. This will increase the life of both the sear and the hammer lug. This will lead to increased reliability of the sear release mechanism.

Insert a New battery into the frame (see Quick Start-up for Battery installation), making sure that the positive terminal of the battery goes to the right hand side of the frame, and is in contact with the positively marked terminal on the PCB.

Replace the rubber grips.

Power up the **Xonik** frame and again, manually cock the gun by pulling back the back-block by hand.

Pull the trigger to check that the sear release mechanism works. If it does not, remove the grips and go back 7 steps and repeat.

If the sear release mechanism still does not work, go to Appendix B - Fault Finding section.

Installation of the **Xonik** is now complete. You can now attach regulators and air systems.

**IMPORTANT:**

Make sure that there are no paintballs in the marker, remove loader and barrel!

Gas up your gun and power up the **Xonik** (see section 3-1).

Check the cocking pressure from the Low Pressure Regulator. Use a gauge if possible, and set the output pressure to around 80 psi if the Breech Sensor is being used. DO NOT EXCEED 100 PSI! This will damage the solenoid valve!

Check the cocking pressure by selecting Classic Plus Mode (see Operating Mode selection 5-7) and holding the trigger on. While the trigger is held on, and the back-block is back, check that the Back-block is all the way to the rear. If the back-block can be retracted further by pulling on the bolt pin, then increase the cocking pressure coming from the low pressure regulator.

Test fire the gun to ensure that the gun is cycling correctly, i.e. the back block is coming all the way back and that the hammer lug is catching on the sear and that the sear is releasing the hammer lug fully.





# Quick Set-Up

## Fitting a Battery

Ensure that the **Xonik** is switched off (see below).

Lay the marker on a flat surface in front of you with the feed tube furthest away and with the barrel pointing to the right.

Use a $^5/_{64}$" hex wrench to remove the three countersunk screws that hold the rubber grip onto the frame (a 2mm hex wrench will can also be used). Peel the grip to the right to expose the electronics within the frame.

If present, remove the existing battery by sliding your thumb into the recess below the battery and levering the battery out of the frame. Do not pull on the top of the battery to remove it as this can cause the battery terminals to bend and will result in a poor electrical connection.



Fit a 9V alkaline battery (type PP3, 6LR61 or MN1604) into the recess with the battery terminals away from you. The positive terminal should be on the right hand side, nearest to the side of the frame.



Ensure that all of the wires are within the recess of the frame.

# Quick Set-Up



Push the rubber grip back into place and replace the three countersunk screws. Do not over-tighten the screws.

## Switching On the Xonik

At the rear of the frame are three recessed pushbuttons. Press and hold the center pushbutton. After two seconds, the LED will light and show the software version. Release the pushbutton and the game timer will be displayed.

## Switching Off the Xonik

Press and hold the center pushbutton for 2 seconds. The display will read '**OFF?**'. Release the center pushbutton and re-press it to turn off the **Xonik**.

## Firing the Xonik

Pull the trigger to fire the **Xonik**. The marker will fire and cycle just like a standard Vengence, however the firing cycle is electronically controlled which means that, once the trigger has been pulled, the entire firing cycle is handled automatically.

## Adjusting the Trigger

Using a 1/16 hex wrench turns each of the three trigger set screws counter clockwise until they no longer protrude from the trigger.

Pull the trigger and note the point at which the marker fires. Turn the set screw that passes through the back of the trigger clockwise to reduce the amount of travel after the firing point. It will help to fire the marker after each small adjustment. Set the travel to your liking.





# Quick Set-Up

Again, pull the trigger and note the point at which the marker fires. Turn the setscrew that passes through the top of the trigger, nearest to the end of the trigger, clockwise to reduce the amount of travel before the firing point. It will help to fire the marker after each small adjustment. Again, set the travel to your liking.

## Using the Breech Sensor

The breech sensor is an advanced anti-chop eye. When the breech sensor is on, the software will prevent the breech from closing until a ball is detected in the breech. In this way the **Xonik** prevents the bolt from closing prematurely and chopping or trapping a paintball.

To switch off the breech sensor, press and hold the top pushbutton for 1 second. The display will briefly show the message 'EYE OFF', indicating that the breech sensor has been disabled.

To switch the breech sensor back on, again press and hold the top pushbutton for 1 second. The display will briefly show the message 'EYE ON', indicating that the breech sensor has been enabled.

# Using Xonik

## Switching On

When switched on, by pressing and holding the ***Select*** pushbutton, the software version will be displayed. When the pushbutton is released, the display will show the game timer. **Xonik** will show the game timer on the display.

Other displays are available, and these displays are accessible through the Main Menu.

## The Main Menu

To activate the Main Menu, press and hold the ***Select*** pushbutton. After two seconds **OFF?** will be displayed, this is one of the options on the Main Menu, as shown below.




Press the ***Lower*** pushbutton to scroll down through each of the options on the menu. Once the last option on the menu has been displayed, pressing the ***Lower*** pushbutton will cause the first option to be displayed.

Press the ***Raise*** pushbutton to scroll up through each of the options on the menu. Once the first option on the menu has been displayed, pressing the ***Raise*** pushbutton will cause the last option to be displayed.

Press the ***Select*** pushbutton to select the displayed option.

Selecting **BACK** will return the display to the display from which the main menu was selected.





# Using Xonik

## The Game Timer




Scroll through the Main Menu until the **TIME** option is displayed and then press ***Select***. This will display **SHOW**, the first option on the Timer Menu.

To display the game timer, simply ***Select*** the **SHOW** option.

To set the game timer, scroll to the **SET** option and then press ***Select***.

To return to the Main Menu, scroll to the **BACK** option and press ***Select***.

## Setting the Game Timer

Once the **SET** option has been selected from the Timer Menu, the preset game time will be displayed, the factory setting for which is 10 minutes and 10 seconds.




To increase the preset game time, repeatedly press and release the ***Raise*** pushbutton. Each time that the pushbutton is pressed, the time will increase by 1 second. To increase the time more rapidly, press and hold the ***Raise*** pushbutton. The maximum preset game time is 99 minutes and 59 seconds, once this value has been exceeded, the timer will wrap around to 0 minutes and 0 seconds.

To decrease the preset game time, repeatedly press and release the ***Lower*** pushbutton. Each time that the pushbutton is pressed, the time will decrease by 1 second. To decrease the time more rapidly, press and hold the ***Lower*** pushbutton. The minimum preset game time is 0 minutes and 0 seconds, once this value has been exceeded, the timer will wrap around to 99 minutes and 59 seconds.

Once you have set the game timer preset to the required time, press the ***Select*** button to save the value and return to the Timer Menu. The display will briefly display **OK**, indicating that the time has been accepted.

# Using Xonik

## Using the Game Timer

Once the **SHOW** option has been selected, the game timer will be displayed.

To start the game timer, press the ***Lower*** pushbutton. The timer will start to count backwards, in seconds, towards zero.

To stop the game timer, press and hold the ***Lower*** pushbutton for 1 second. The timer will pause at whatever time it had counted down to.

To reset the game timer, press and hold the ***Lower*** pushbutton for 1 second. The timer will return to its preset value. The game timer will also be reset whenever the **Xonik** is switched off.

## The Shot Counter




Scroll through the Main Menu until the **SHOT** option is displayed and then press ***Select***. This will display **SHOW**, the first option on the Shot Counter Menu.

To display the shot counter, simply ***Select*** the **SHOW** option.

To zero the shot counter, scroll to the **ZERO** option and then press ***Select***.

To return to the Main Menu, scroll to the **BACK** option and press ***Select***.

## Using the Shot Counter




Once the **SHOW** option has been selected from the Shot Counter Menu then the shot counter will be displayed.

The shot counter displays a running total of the number of shots fired by the **Xonik** and will increment every time that the marker is fired.

The shot count is saved whenever the **Xonik** is switched off.





# Using Xonik

## Battery Level Indicator

Scroll through the Main Menu until the **BATT** option is displayed and then press ***Select***. This will display the battery level indicator.



The indicator shows the current battery level in the form of a vertical bar. The taller the bar, the more charge is in the battery. When the battery charge approaches the minimum operating level, the word **LOW** is displayed indicating that the battery should be changed soon. The unit will not operate properly if the battery is very low.

## The Breech Sensor




Scroll through the Main Menu until the **EYE** option is displayed and then press ***Select***. This will display **SHOW**, the first option on the Sensor Menu.

To display the breech sensor reading, simply ***Select*** the **SHOW** option.

To set the breech sensor sensitivity, scroll to the **SET** option and then press ***Select***.

To return to the Main Menu, scroll to the **BACK** option and press ***Select***.

## The Breech Sensor Reading

Once the **SHOW** option has been selected from the Sensor Menu then the breech sensor reading will be displayed.




This sensor reading is a numerical representation of the signal from the breech sensor. This number is expressed as percentage sensitivity - the lower this value, the more light is being reflected back to the sensor by an object that is in front of the sensor, such as the bolt or a paintball, therefore the less sensitive the sensor has to be.

Use this display to determine whether the breech sensor is operating correctly by opening and closing the bolt and observing the display reading swing from almost 100% when the bolt is open to almost 0% when the bolt is closed.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 118 of 134

# Using Xonik

## Adjusting the Breech Sensor Sensitivity

Once the **SET** option has been selected from the Sensor Menu, the sensitivity level is displayed.

Press and release the ***Raise*** pushbutton to increment the sensitivity level. Press and hold the ***Raise*** pushbutton to increase the sensitivity level more rapidly.

| |
|---|
| **1**<br>**2**<br>**8** |

Press and release the ***Lower*** pushbutton to decrement the sensitivity level. Press and hold the ***Lower*** pushbutton to decrease the sensitivity level more rapidly.

Press ***Select*** to set the sensitivity level at the displayed level. The display will briefly display **OK**, indicating that the level has been accepted.

The breech sensor sensitivity is factory set at 50%, which is suitable for the vast majority of paints. If it found that the sensor is not detecting a particular color of shell then use the following procedure to correctly set the sensitivity.

1. Select the breech sensor diagnostic display.
2. Hold back the bolt and drop a paintball into the breech.
3. If the shell has two colors then rotate the paintball until the darkest color is facing the breech sensor.
4. Make a note of the reading on the display.
5. Remove the paintball from the breech.
6. Repeat steps 2 to 5 five times.
7. Take the highest reading of the five and add 2 percent to that reading to allow for some margin of error.
8. Change the breech sensitivity value (as explained above) to the value that you have just derived.
9. Shoot a few strings of paint to test the operation. If the sensor fails to detect the occasional paintball then the marker will 'stutter'. Simply increase the sensitivity by a couple of percent. And try again.





# Using Xonik

## Selecting the Operating Mode

Scroll through the Main Menu until the **MODE** option is displayed and then press ***Select***. This will display **SEMI**, the first option on the Mode Menu. The **Xonik** has two modes of operation, *Semi Auto* mode and *Classic Plus* mode.




To select the *Semi Auto* mode of operation, ***Select*** the **SEMI** option.

To select the *Classic Plus* mode of operation, scroll to the CLAS option and press ***Select***.

To return to the Main Menu, scroll to the **BACK** option and press ***Select***.

In *Semi Auto* mode, depressing the trigger will start the firing cycle as follows –

The sear solenoid is energized, which actuates the sear and causes the hammer to be released.

The cocking solenoid is energized, which causes the cocking block to retract the bolt and open the breech.

If the breech sensor is active then the cocking block remains retracted for a preset time (factory set at 300ms) or until a paintball is detected in the breech. If the breech sensor is inactive then the cocking block will remain retracted for a preset time (factory set at 65ms).

The cocking solenoid is de-energized and the cocking block brings the bolt forward, closing the breech.

In *Classic Plus* mode, depressing the trigger will again start the firing cycle as follows –

The sear solenoid is energized, which actuates the sear and causes the hammer to be released.

The cocking solenoid is energized, which causes the cocking block to retract the bolt and open the breech.

If the breech sensor is active then the cocking block remains retracted until the trigger is released <u>and</u> either a ball is detected by the sensor or a preset time has elapsed without a ball being detected (factory set at 300ms). If the breech sensor is inactive

# Using Xonik

then the cocking block will remain retracted until the trigger is released, provided that the cocking block has been retracted for at least a preset time (factory set at 65ms).

The cocking solenoid is de-energized and the cocking block brings the bolt forward, closing the breech.

Classic Plus provides the feel of a classic Vengence, but without the possibility of 'short stroking' the trigger.

## Setting the Display Brightness




Scroll through the Main Menu until the **DIM** option is displayed. Pressing **SELECT** will increase the brightness of the display. When the maximum brightness has been reached, pressing **SELECT** again will change the display to the minimum brightness. The change in brightness of the display will be visible.

There are 7 levels of brightness and the level should be set to suit the environment in which the marker is being used. Please note that increased brightness will drain the battery more quickly.





# Advanced Set-Up

## Setting the Trigger

There are three adjustment points on the trigger – the ***Front Stop Trigger Screw***, the ***Rear Stop Trigger Screw*** and the ***Return Strength Trigger Screw***.

Start by turning each of the three screws counter-clockwise until they are no longer protruding from the trigger.



The ***Front Stop Trigger Screw*** is used to set the amount of trigger travel prior to the marker firing. Turn this screw clockwise to reduce the amount of travel. Do not turn the screw too far or the trigger will be pushed past its firing point and the marker will not work. Turn this screw counter clockwise to increase the amount of trigger travel.



The ***Rear Stop Trigger Screw*** is used to set the amount of trigger travel after the marker has fired. Turn this screw clockwise to reduce the amount of travel. Do not turn the screw too far or the trigger will be prevented from reaching its firing point and the marker will not work. Turn this screw counter clockwise to increase the amount of trigger travel.



The ***Return Strength Trigger Screw*** is used to adjust the amount of force with which the trigger is returned to its rest position. Turn the screw clockwise to increase the amount of force. Do not turn this screw too far or it will negate the position of the Front Stop Trigger Screw. Turn the screw counter clockwise to reduce the amount of force. Do not turn the screw too far or there will not be enough force to return the trigger.

If the maximum return force is required then the trigger set-up can be simplified by removing the ***Front Stop Trigger Screw*** and using the ***Return Strength Trigger Screw*** to set the front stop.

# Advanced Set-Up

## The Setup Menu

To activate the Setup Menu, press and hold the ***Setup*** pushbutton. After one second, **TIMG** will be displayed - this is one of the options on the menu, as shown below.

Press the ***Lower*** pushbutton to scroll down through each of the options on the menu. Once the last option on the menu has been displayed, pressing the ***Lower*** pushbutton will cause the first option to be displayed.




Press the ***Raise*** pushbutton to scroll up through each of the options on the menu. Once the first option on the menu has been displayed, pressing the ***Raise*** pushbutton will cause the last option to be displayed.

Press the ***Select*** pushbutton to select the displayed option.

Selecting **BACK** will return the display to the display from which the Setup Menu was selected.

## Timing the Xonik

Apart from the setting of the lug, the timing of the **Xonik** is handled entirely by the electronics.

There are five parameters that have an effect on the timing and these parameters have to be understood in order to set the timing of your marker.

Firstly, we will look at how the **Xonik** operates when the breech sensor is disabled.





# Advanced Set-Up




When the trigger is pulled, the sear solenoid is energized immediately, releasing the hammer and causing the marker to fire. The amount of time for which the sear solenoid is energized is known as the ***Sear Solenoid On Time (SON).*** This time should be set as short as possible, but has to be long enough in order that the hammer is actually released. On markers with heavy mainsprings or rough lugs this value will be higher than on markers with light mainsprings and smooth lugs.

Some time after the sear solenoid has been energized, the cocking solenoid is energized. The delay between the two solenoids being energized is known as the ***Cocking Solenoid On Delay (CDEL).*** This is the time that would be affected by the 3-way on a stock marker and controls the amount of time that is allowed for the hammer to open the valve before the marker starts to re-cock.

Energizing the cocking solenoid causes the ram to push back the back block, retracting the bolt and allowing a paintball to drop into the breech. The cocking solenoid has to remain energized long enough for all of this to happen and that time is known as the ***Cocking Solenoid On Time (CON).***

After the cocking solenoid on time has expired, the cocking solenoid is de-energized causing the ram to pull forwards the back block, closing the bolt and cocking the marker. The amount of time that is allowed for the bolt to fully close is known as the ***Cocking Solenoid Off Time (COFF).***

# Advanced Set-Up

Once this time has expired, the cycle is complete and the marker is allowed to fire again on the next trigger pull.

The cycle time is therefore the amount of time from the trigger being pulled to the end of the cocking solenoid off time and is calculated as follows –

**Cycle Time = CDEL + CON + COFF**

And the maximum rate of fire is calculated as follows –

**Max ROF = 1 / Cycle Time**

Timing the **Xonik** for use with the breech sensor enabled is almost exactly the same as for with the breech sensor disabled. However in this case the cocking solenoid on time controlled automatically by the breech sensor such that this time is terminated as soon as the sensor detects a paintball in the breech of the marker.




If no paintball is detected within a given time then the cocking solenoid will be disabled. This time is known as the ***Cocking Solenoid Time-Out (CTO).***





# Advanced Set-Up

## The Timing Menu

Scroll through the Setup Menu until the **TIMG** option is displayed and then press ***Select***. This will display **CON**, the first option on the Timing Menu.




Press the ***Lower*** pushbutton to scroll down through each of the options on the menu. Once the last option on the menu has been displayed, pressing the ***Lower*** pushbutton will cause the first option to be displayed.

Press the ***Raise*** pushbutton to scroll up through each of the options on the menu. Once the first option on the menu has been displayed, pressing the ***Raise*** pushbutton will cause the last option to be displayed.

Press the ***Select*** pushbutton to select the displayed option.

Selecting **BACK** will return the display to the Setup Menu.

# Advanced Set-Up

## Sear Solenoid On Time (SON)

Scroll through the Timing Menu until the **SON** option is displayed.

**0 1 0**

Press the ***Select*** pushbutton to display the sear solenoid on time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the on time. Press and hold the ***Raise*** pushbutton to increase the on time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the on time. Press and hold the ***Lower*** pushbutton to decrease the on time more rapidly.

Press ***Select*** to save the sear solenoid on time and return to the timing menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Cocking Solenoid On Delay (CDEL)

**0 0 3**

Scroll through the timing menu until the **CDEL** option is displayed.

Press the ***Select*** pushbutton to display the cocking solenoid on delay value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the delay value. Press and hold the ***Raise*** pushbutton to increase the delay value more rapidly.

Press and release the ***Lower*** pushbutton to decrement the delay value. Press and hold the ***Lower*** pushbutton to decrease the delay value more rapidly.

Press ***Select*** to save the cocking solenoid on delay and return to the Timing Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Cocking Solenoid On Time (CON)

Scroll through the timing menu until the **CON** option is displayed.





# Advanced Set-Up

**0 6 5**

Press the ***Select*** pushbutton to display the cocking solenoid on time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the on time value. Press and hold the ***Raise*** pushbutton to increase the on time value more rapidly.

Press and release the ***Lower*** pushbutton to decrement the on time value. Press and hold the ***Lower*** pushbutton to decrease the on time value more rapidly.

Press ***Select*** to save the cocking solenoid on time and return to the Timing Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Cocking Solenoid Time-Out (CTO)

**2 5 5**

Scroll through the timing menu until the **CTO** option is displayed.

Press the ***Select*** pushbutton to display the cocking solenoid time-out value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the time-out. Press and hold the ***Raise*** pushbutton to increase the time-out more rapidly.

Press and release the ***Lower*** pushbutton to decrement the time-out. Press and hold the ***Lower*** pushbutton to decrease the time-out more rapidly.

Press ***Select*** to save the cocking solenoid time-out and return to the Timing Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Cocking Solenoid Off Time (COFF)

**0 2 8**

Scroll through the timing menu until the **COFF** option is displayed.

Press the ***Select*** pushbutton to display the cocking solenoid off time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 123 of 134

# Advanced Set-Up

Press and release the ***Raise*** pushbutton to increment the off time. Press and hold the ***Raise*** pushbutton to increase the off time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the off time. Press and hold the ***Lower*** pushbutton to decrease the off time more rapidly.

Press ***Select*** to save the cocking solenoid off time and return to the Timing Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## The Filter Menu

Scroll through the Setup Menu until the **FILT** option is displayed and then press ***Select***. This will display **BALD**, the first option on the Filter Menu.




Press the ***Lower*** pushbutton to scroll down through each of the options on the menu. Once the last option on the menu has been displayed, pressing the ***Lower*** pushbutton will cause the first option to be displayed.

Press the ***Raise*** pushbutton to scroll up through each of the options on the menu. Once the first option on the menu has been displayed, pressing the ***Raise*** pushbutton will cause the last option to be displayed.

Press the ***Select*** pushbutton to select the displayed option.

Selecting **BACK** will return the display to the Setup Menu.

## Using the Breech Sensor Filter

During the firing cycle, the breech sensor looks first for an empty breech and then for a paintball within the breech. Only when the sensor has detected both conditions will it allow the bolt to close. The breech sensor software filter allows you to fine tune the operation of the breech sensor





Advanced Set-Up

by allowing you specify how long the sensor has to see 'empty' for and how long it has to see a ball for.

## Setting the Ball Detection Time




Scroll through the Timing Menu until the **BALD** option is displayed.

Press the ***Select*** pushbutton to display the ball detection time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the detection time. Press and hold the ***Raise*** pushbutton to increase the detection time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the detection time. Press and hold the ***Lower*** pushbutton to decrease the detection time more rapidly.

Press ***Select*** to save the ball detection time and return to the Filter Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Setting the Empty Breech Detection Time

Scroll through the Timing Menu until the **EMPD** option is displayed.

Press the ***Select*** pushbutton to display the empty breech detection time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the detection time. Press and hold the ***Raise*** pushbutton to increase the detection time more rapidly.




Press and release the ***Lower*** pushbutton to decrement the detection time. Press and hold the ***Lower*** pushbutton to decrease the detection time more rapidly.

Press ***Select*** to save the empty breech detection time and return to the Filter Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

# Advanced Set-Up

## Using the Trigger Filter

The trigger has to be pulled for a specified time in order for that trigger pull to be accepted as a valid trigger pull. The marker cannot be fired until it has had a valid trigger pull.

The trigger then has to be released for a specified time in order for that release to be accepted as a valid trigger release. The marker cannot be fired again until it has first had a valid trigger release (followed, of course, by another valid trigger pull).

The trigger software filter allows you to fine tune the operation of the trigger by allowing you specify how long the trigger has to be pulled for and how long it has to be released for. This filter allows you to make the trigger more or less 'bouncy'.

## Setting the Trigger Pull Time

**0 0 4**

Scroll through the Timing Menu until the **TPUL** option is displayed.

Press the ***Select*** pushbutton to display the trigger pull time value. The value is specified in milliseconds and is adjustable in 1ms steps.

Press and release the ***Raise*** pushbutton to increment the pull time. Press and hold the ***Raise*** pushbutton to increase the pull time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the pull time. Press and hold the ***Lower*** pushbutton to decrease the pull time more rapidly.

Press ***Select*** to save the trigger pull time and return to the Filter Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Setting the Trigger Release Time

**0 2 0**

Scroll through the Timing Menu until the **TREL** option is displayed.

Press the ***Select*** pushbutton to display the trigger release time value. The value is specified in milliseconds and is adjustable in 1ms steps.



Xonik Operation Manual Xtreme Enterprises, Inc.

# Advanced Set-Up

Press and release the ***Raise*** pushbutton to increment the release time. Press and hold the ***Raise*** pushbutton to increase the release time more rapidly.

Press and release the ***Lower*** pushbutton to decrement the release time. Press and hold the ***Lower*** pushbutton to decrease the release time more rapidly.

Press ***Select*** to save the trigger release time and return to the Filter Menu. **OK** will be displayed briefly to indicate that the value has been accepted.

## Factory Settings Menu




Scroll through the Setup Menu until the **FACT** option is displayed and then press ***Select***. This will display **SLOW**, the first option on the Filter Menu.

Press the ***Lower*** pushbutton to scroll down through each of the options on the menu. Once the last option on the menu has been displayed, pressing the ***Lower*** pushbutton will cause the first option to be displayed.

Press the ***Raise*** pushbutton to scroll up through each of the options on the menu. Once the first option on the menu has been displayed, pressing the ***Raise*** pushbutton will cause the last option to be displayed.

Press the ***Select*** pushbutton to select the displayed option.

Selecting **BACK** will return the display to the Setup Menu.

## Selecting a Factory Setting

The **Xonik** has three sets of factory settings, designed for slow markers (**SLOW**), medium markers (**MED**) and fast markers (**FAST**).

# Advanced Set-Up

These factory settings cover all of the parameters previously discussed and provide a good starting point for setting up the **Xonik** for optimal performance. These factory settings also provide a safety net, allowing you to restore the **Xonik** to a known condition when you've screwed it up and have no idea why!

| Value | SLOW | MED | FAST |
|---|---|---|---|
| SON | 20 | 15 | 10 |
| CDEL | 9 | 6 | 3 |
| CON | 85 | 75 | 65 |
| CTO | 255 | 255 | 255 |
| COFF | 38 | 33 | 28 |
| BALD | 12 | 10 | 1 |
| EMPD | 8 | 8 | 2 |
| TPUL | 4 | 4 | 4 |
| TREL | 50 | 40 | 20 |

***Select*** whichever option is most appropriate for the marker. **OK** will be briefly displayed, indicating that the setting has been accepted.

If you are unsure then start with the slowest option, **SLOW**, and work your way up.





# Display – Menu

## Main Menu

| | | |
|---|---|---|
| OFF? | | Turn the **Xonik** Off |
| TIME | | Go to the Timer Menu |
| | SHOW | Show the Game Timer |
| | SET | Set the Game Timer Preset |
| | BACK | Return to the Main Menu |
| SHOT | | Go to the Shot Counter Menu |
| | SHOW | Show the Shot Counter |
| | ZERO | Zero the Game Timer |
| | BACK | Return to the Main Menu |
| BATT | | Show the Battery Level Indicator |
| EYE | | Go to the Sensor Menu |
| | SHOW | Show the Breech Sensor Reading |
| | SET | Set the Breech Sensor Sensitivity |
| | BACK | Return to the Main Menu |
| MODE | | Go to the Mode Menu |
| | SEMI | Set Semi-Auto Mode of Fire |
| | CLAS | Set Classic Plus Mode of Fire |
| | BACK | Return to the Main Menu |
| DIM | | Set the Display Brightness |
| BACK | | Return to the Normal Display |

## Setup Menu

| | | |
|---|---|---|
| TIMG | | Select the Timing Menu |
| | SON | Set the Sear Solenoid On Time |
| | CDEL | Set the Cocking Solenoid On Delay |

Case 1:04-cv-00194-T Document 1 Filed 05/21/2004 Page 126 of 134

# Display – Menu

| | | |
|---|---|---|
| | CON | Set the Cocking Solenoid On Time |
| | CTO | Set the Cocking Solenoid Timeout |
| | COFF | Set the Min Cocking Solenoid Off Time |
| | BACK | Return to the Setup Menu |
| FILT | | Select the Filter Menu |
| | BALD | Set the Ball Detection Time |
| | EMPD | Set the Empty Breech Detection Time |
| | TPUL | Set the Minimum Trigger Pull Time |
| | TREL | Set the Minimum Trigger Release Time |
| | BACK | Return to the Setup Menu |
| FACT | | Select the Factory Settings Menu |
| | SLOW | Set the Factory Presets for a Slow Marker |
| | MED | Set the Factory Presets for a Medium Marker |
| | FAST | Set the Factory Presets for a Fast Marker |
| | BACK | Return to the Setup Menu |
| BACK | | Return to the Regular Display Modes |





# Fault Finding

The following table details some of the more common problems that may be encountered with the **Xonik**.

| ***Symptom*** | ***Possible Cause*** | ***Solution*** |
|---|---|---|
| Although a fresh battery has been fitted, the **Xonik** will not switch on. | The battery has been fitted incorrectly. | Fit the battery correctly with the positive terminal nearest to the side of the frame. |
| | The battery terminals are not making proper contact with the battery. | Remove the battery, gently bend the terminals towards where the battery will sit and then replace the battery. |
| The battery does not seem to last very long. | The battery type is of a low quality. | Use an alkaline or metal hydride battery. Do not use a low quality or rechargeable battery. |
| | The **Xonik** uses a small amount of charge when the gun is switched off. | If you do not plan to use your marker for a while then remove the battery. |
| | If the brightness of the display is turned up high then the battery will drain more quickly than if the brightness is set lower. | Turn the brightness of the display down. |
| | If the hammer release is stiff then the sear solenoid will need more power to operate the sear. | Ensure that the both the hammer lug and the rear of the sear are free from burrs. |
| | | Use a main spring with a lower tension. |
| The marker is cocking but not firing when shooting quickly. | The battery is getting low on charge. | Replace the battery. |

# Fault Finding

| Symptom | Possible Cause | Solution |
|---|---|---|
| Two or more balls are being fed into the breech. | If the **Xonik** is running in Classic Plus mode with a Halo loader, it is possible that the loader is forcing balls past the ball detent. | Change the ball detent spring or finger. |
| The marker is chopping or trapping paint. | The breech sensor is switched off. | Switch on the breech sensor. |
| | | Increase the breech open time. |
| | The bolt is dirty, causing the breech sensor to incorrectly detect a retracted bolt. | Clean the bolt. |
| | The breech sensor is dirty causing the incorrect detection of paintballs. | Clean the breech sensor. |
| | The sensitivity of the breech sensor has not been set correctly for the paint or bolt being used. | Adjust the sensitivity of the breech sensor. |
| | The hopper is feeding too slowly, causing balls to bounce in the breech. | Ensure that the hopper is working properly and that the hopper batteries are okay. |
| | | Use a faster hopper. |
| | | Shoot slower! |


SEE PAGE 240 TO W
A PMI EXT PRO PACKAGE
IN THE BUNKERS!
WORLD'S LEADING MAGAZINE OF PAINTBALL SPORTS
NOVEMBER 2003
cc03265
ACTION PURSUIT GAMES
ACTION PURSUIT GAMES
www.actionpursuitgames.com
ORGANIZED CRIME
FREEZE! FRIEND OR FOE?
12 EXOTIC TEAM GAMES
SPECIAL!
PAINTBALL CLIMBS TO 8,700,000 PLAYERS!
SAFEST EXTREME SPORT!
INSIDE THE M4 RAM IV
GENERATION 2 REAL ACT
GAME LAUNCHER
3,000+! WORLD RECORD!
OKLAHOMA D-DAY 2003
$4.99 US • $6.99 Canada • £2.10 UK
www.cfwenterprises.com
$4.99US $6.99CAN
11>
0 71486 03265 6
CELEBRATING
YEARS
PAINTBALL
MAXIMUM COVERAGE


THE ULTIM
ELECTRONIC PAIN
TREME ENTERPRISES
3330 SOUTH
BOR BLVD
SANTA ANA
A 92704
(800) 97
-3355
ONIK
Advanced Electronic T
Cust
MADE IN USA
Removable Trig
FOR THE PLAYER

12

ESTABLISHED 1857

BARLOW, JOSEPHS & HOLMES, LTD.

COUNSELORS AT LAW
PATENTS - TRADEMARKS - COPYRIGHTS
101 DYER STREET, 5TH FLOOR
PROVIDENCE, RHODE ISLAND 02903-3908

TELEPHONE: (401) 273-4446
FACSIMILE: (401) 273-4447

DAVID R. JOSEPHS
STEPHEN J. HOLMES

DANIEL W. SULLIVAN
MARK E. TETREAULT

OF COUNSEL:
HERBERT B. BARLOW, JR.

July 30, 2003

*Certified Mail, Return Receipt Requested*
Kiet Tuan Huynh, Esq., In-House Counsel
Xtreme Enterprises, Inc.
18627 Brookhurst St #292
Fountain Valley, CA. 92708

Re: Xtreme Enterprises
Xonik Electronic Marker
Intellectual Property Infringement

Dear Mr. Huynh:

As you know, our office represents Planet Eclipse Limited of Manchester, England in connection with its intellectual property matters. Recently, it has come to our attention that Xtreme Enterprises is manufacturing, selling and distributing an electronic marker frame known as the "Xonik".

Long prior to the introduction of the Xonik frame onto the market by Xtreme Enterprises, Planet Eclipse was making, selling and distributing an electronic marker frame known as the ECLIPSEBLADE (a.k.a. EBLADE). Xtreme should be familiar with this product because earlier this year, Xtreme Enterprises asked if it could purchase EBLADES directly from Planet Eclipse. As you know, Planet Eclipse declined to sell its electronic marker frames to Xtreme. Now, only a few months later, Xtreme has introduced an electronic marker frame that is virtually identical to Planet Eclipse's EBLADE frame. As a result of the Xonik product, Xtreme has infringed many of Planet Eclipse's intellectual property rights associated with its EBLADE product. Outlined briefly below are some of the grounds of such infringement.

**I. Trade Dress Infringement**

The Xonik frame infringes the trade dress associated with Planet Eclipse's EBLADE product because it employs design features which are features which uniquely identify Planet Eclipse as the sole source of the frames.

A. Product Construction

The Xonik marker frame is virtually identical to the Planet Eclipse EBLADE product. The following items on the Xonik are several items of many which are indistinguishable from the genuine EBLADE:

(1) The rubber grip for the frame (uses a an identical pattern to the EBLADE).
(2) The shape of the frame itself
(3) The button pattern and location
(4) The LED display, shape location and style
(5) The menuing of the LED display
(6) The sear mechanism
(7) The cocking solenoid housing
(8) The trigger shape
(9) Circuit Board

B. Packaging

The packaging configuration of the Xonik constitutes trade dress infringement because it is, essentially, identical to the configuration of the packaging of Planet Eclipse's EBLADE product. More specifically, the box for the Xonik is the exact same size and configuration as is the box for the EBLADE. Also, the layout of the indicia on the box is the same as well. The warning is in the same location with the color indication (chrome, black, other) being directly to the right thereof. The trademark logos are located in the same positions on the panels of the box. Thus, the look and feel of the packaged products are the same as one another and could mistakenly be stacked together on a shelf. In view of the striking similarities in the packaging, the Xonik looks like it is part of the EBLADE product line from Planet Eclipse. It is clear that the packaging configuration of the Xonik is designed to confuse consumers.

**II. Copyright Infringement**

The Xonik Operating Manual is practically verbatim to the online version of the Operating Manual for the EBLADE. Some of the photographs have been changed to show the Xonik product instead of the EBLADE. Other than where words "Eclipse eBlade" have been wholesale replaced by "Xonik" and some of the photographs, the Operating Manual of the Xonik is identical to the Operating Manual for the EBLADE.

**III. Patent Infringement**

Please be advised that many of the functional operational features are the subject of pending patent applications in various countries, including the United States and the United Kingdom. A PCT International Patent Application has also been filed. Since the Xonik frame is identical in operation to the EBLADE, the

Xonik frame employs those functional operating features and, as a result, potentially infringes Planet Eclipse's patent rights.

**IV. Conclusion**

In view of the foregoing, the Xonik product infringes many of the intellectual property rights of Planet Eclipse, including its rights in trademark, trade dress, copyright and patent. The further manufacture and sale of the Xonik product infringes Planet Eclipse's rights under common law, and further constitutes unfair competition under state and federal law. Your continued manufacture and sale will also tend to dilute the significance of our client's rights, namely its trademark and trade dress rights, and diminish its identity with Planet Eclipse. In fact, Planet Eclipse has already been notified of numerous instances of actual confusion.

The Xonik product was clearly designed with Planet Eclipse's EBLADE in mind and intended to confuse consumers. Under the circumstances, where Planet Eclipse recently refused to sell to Xtreme, Xtreme has full knowledge of the EBLADE product and evidencing a desire to enter the market with and electronic frame. As a result, these actions are willful and flagrant and, as a result, subject to treble damages.

In view of the foregoing, we request that Xtreme Enterprises immediately cease all manufacture, sale and/or distribution of the Xonik product or any parts or components thereof and the packaging therefor. Any printed literature, advertising, manuals, and the like, containing any reference to the Xonik product shall be immediately forwarded to Planet Eclipse for destruction. An accounting of the manufacture and sale of the Xonik product must be provided to Planet Eclipse for the determination of damages.

Planet Eclipse greatly values its EBLADE product and will do whatever is necessary to protect and enforce the intellectual property rights associated therewith. If Xtreme does not fully comply with our requests within fourteen days, we will take the appropriate legal action against you without further notice to you.

We look forward to hearing from you shortly.

Yours Sincerely,

BARLOW, JOSEPHS & HOLMES, LTD.

David R. Josephs

cc: Julian Carr

13

**JOHN VOZENILEK**
**Attorney at Law**
**19900 Beach Boulevard**
**Suite C-1**
**Huntington Beach, California 92648**

**Office (714) 965-1216** **Facsimile (714) 965-1081**

September 22, 2003

RECEIVED
BARLOW JOSEPHS & HOLMES
SEP 26 2003
PATENT ATTORNEYS
PROVIDENCE, RI

DAVID R. JOSEPHS
*BARLOW, JOSEPHS & HOLMES*
101 Dyer Street – 5th Floor
Providence, Rhode Island 02903-3908

IN RE: Xtreme Enterprises/Xonik Electronic Marker

Dear Mr. Josephs;

I had a chance to compare the two paintball guns in question, i.e. Xonik which is made by Xtreme Enterprises and the ECLIPSEBLADE made by Planet Eclipse and see similarities which, however, I feel are mostly functional. From your letter it is not clear whether the features mentioned in your letter to support your "Trade Dress Infringement" argument are either inherently distinctive or acquired their distinctiveness through the secondary meaning. It is my opinion, though, that the essential element which tests liability under the Lenham Act, i.e. likelihood of confusion, is missing in this case. Both the packaging and the gun, by themselves, have a big logo, which clearly indicates the origin of the respective products. I imagine this is the reason you are not claiming trademark infringement. After I explained the cost of the potential litigation involved in this matter, my Clients voluntarily agreed to cease production of the present Xonik model and to change the outside features of the gun, the packaging and the manual so that there can be no question of public confusion over my Clients' product.

I am surprised at your reluctance to provide us with a copy of Planet Eclipse's patent application. If as you claim, my Clients were able to reverse engineer your client's frame, there should be no secrets left in the patent application. I personally inspected the inside of both guns and have some serious doubts that a patent for the optical trigger will be granted. I am aware that a patent can be awarded for a design using existing technology in a unique new design, but the optical trigger seems to be a commercially available optical switch used in place of an electrical one. For me, however, to advise my Client whether or not the optical switch can be patented I would need to see your application.

My Clients are making changes in the trade dress of their product without admitting any liability for trade dress infringement in the hope that this will avoid the expense and inconvenience of litigation. If it is your intention, however, to try and run Xtreme Enterprises out of the market as a competitor, we are ready and willing to defend our position.

Sincerely,

JOHN VOZENILEK

JV/sb