UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLANET ECLIPSE, LLC and PLANET ECLIPSE LIMITED, Plaintiffs, | : | |
| v. | : | C.A. No. 04-0194-T |
| X-TREME ENTERPRISES, INC., Defendant. | : | |

**PLAINTIFFS' RULE 7.1 STATEMENT**

Planet Eclipse, LLC is a wholly owned subsidiary of Planet Eclipse Limited. Planet Eclipse Limited does not have a parent corporation, and no publicly held corporation owns 10% or more of either company's stock.

Craig M. Scott, Esq. (#4237)
Ralph N. Gaboury, Esq. (#6638)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Dated: May 27, 2004

*Planet Eclipse/Pleadings/Rule 7-1 Statement*

2