UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLANET ECLIPSE, LLC<br>and PLANET ECLIPSE LIMITED,<br>Plaintiffs,<br>v.<br><br>X-TREME ENTERPRISES, INC.,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-194T |

**AFFIDAVIT OF COMPLIANCE**

I, Ralph N. Gaboury, upon oath, depose and state as follows:

1. I am one of the attorneys representing plaintiffs Planet Eclipse, LLC and Planet Eclipse Limited in the matter of *Planet Eclipse, LLC and Planet Eclipse Limited* v. *X-Treme Enterprises, Inc.,* C.A. No. 04-194T.

2. The above-entitled action was commenced on or about May 20, 2004.

3. Subsequent to the commencement of the above-entitled action, defendant X-Treme Enterprises, Inc. was served with a copy of the summons and complaint by certified mail return receipt requested pursuant to Fed. R. Civ. P. 4(e)(1) and R.I. Super. Ct. R. Civ. P. 4(f)(2). The original summons and the United States Postal Service Certified Mail Return Receipt evidencing service on May 25, 2004, in compliance with Fed. R. Civ. P. 4(e)(1) and R.I. Super. Ct. R. Civ. P. 4(f)(2) are attached hereto as Exhibit 1.

Ralph N. Gaboury (#6638)

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 31st day of August, 2004.

Notary Public
My Commission Expires: 3-10-05

3

**CERTIFICATE OF SERVICE**

To:

Timothy S. Nguyen, Esq.
3330 S. Harbor Blvd.
Santa Ana, CA 92704

I hereby certify that on the 31st day of August, 2004, a true copy of the within was mailed to the above-listed attorney.

[signature]

*Planet Eclipse/Pleadings/Affidavit of Compliance re Service*

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

(1)

PLANET ECLIPSE, LLC
and PLANET ECLIPSE LIMITED

V.

X-TREME ENTERPRISES, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 04 194 T

TO: (Name and address of defendant)

X-treme Enterprises, Inc.
18627 Brookhurst Street, #292
Fountain Valley, California 92708
c/o Van Hong Nguyen
(Agent for Service of Process)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Scott, Esq.
Ralph N. Gaboury, Esq.
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/21/04

(BY) DEPUTY CLERK Fran C. McCalp