UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLANET ECLIPSE, LLC and PLANET ECLIPSE LIMITED, Plaintiffs, | : | |
| v. | : | C.A. No. 04-194T |
| X-TREME ENTERPRISES, INC., Defendant. | : | |

**PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT**

Now comes the plaintiffs, Planet Eclipse, LLC and Planet Eclipse Limited, pursuant to Fed. R. Civ. P. 55(a) and move that defendant, X-treme Enterprises, Inc., be defaulted for failure to answer or otherwise defend. Plaintiff offers the Affidavit of Ralph N. Gaboury (Exhibit A) in support of this motion and respectfully requests that the defendant be defaulted.

Respectfully submitted,

PLANET ECLIPSE, LLC and
PLANET ELCIPSE LIMITED
By their Attorneys,

Craig M. Scott, Esq. (#4237)
Ralph N. Gaboury, Esq. (#6638)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Dated: September 21, 2004

5

**CERTIFICATION**

I hereby certify that on the 21st day of September, 2004, I caused a true copy of the within *Application for Entry of Default* to be forwarded by certified mail, return receipt requested, with postage pre-paid, to:

X-treme Enterprises, Inc.
18627 Brookhurst Street, #292
Fountain Valley, California 92708

and

Timothy S. Nguyen, Esq.
3330 S. Harbor Blvd.
Santa Ana, California 92704

*H:\Clients\Planet Eclipse\Pleadings\Default Application (rng).doc*

(A)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLANET ECLIPSE, LLC and PLANET ECLIPSE LIMITED, Plaintiffs, | : | |
| v. | : | C.A. No. 04-194T |
| X-TREME ENTERPRISES, INC., Defendant. | : | |

**AFFIDAVIT OF RALPH N. GABOURY**
**IN SUPPORT OF PLAINTIFFS' APPLICATION**
**FOR ENTRY OF DEFAULT**

I, Ralph N. Gaboury, do depose and state under oath that:

1. I am over the age of eighteen and believe in the obligations of an oath. I have personal knowledge of the facts set forth herein.

2. On May 25, 2004, defendant X-treme Enterprises, Inc. was served with a copy of the Summons and Complaint by certified mail, return receipt requested, pursuant to Fed. R. Civ. P. 4(e)(1) and R.I. Super. Ct. R. Civ. P. 4(f)(2). A true and correct copy of the Affidavit of Compliance, filed with the Court on August 31, 2004, evidencing service on May 25, 2004, is attached hereto as Exhibit 1.

3. Defendant, X-treme Enterprises, Inc., has failed to answer or otherwise defend this action as required.

Ralph N. Gaboury, Esq.

Dated: September 21, 2004

SUBSCRIBED AND SWORN to before me this 21st day of September, 2004.

NOTARY PUBLIC Notary Public
My commission expires: 3-10-05

*H:\Clients\Planet Eclipse\Pleadings\Affidavit RNG for Default.doc*

(1)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLANET ECLIPSE, LLC<br>and PLANET ECLIPSE LIMITED,<br>Plaintiffs,<br>v.<br><br>X-TREME ENTERPRISES, INC.,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-194T |

**AFFIDAVIT OF COMPLIANCE**

I, Ralph N. Gaboury, upon oath, depose and state as follows:

1. I am one of the attorneys representing plaintiffs Planet Eclipse, LLC and Planet Eclipse Limited in the matter of *Planet Eclipse, LLC and Planet Eclipse Limited v. X-Treme Enterprises, Inc.*, C.A. No. 04-194T.

2. The above-entitled action was commenced on or about May 20, 2004.

3. Subsequent to the commencement of the above-entitled action, defendant X-Treme Enterprises, Inc. was served with a copy of the summons and complaint by certified mail return receipt requested pursuant to Fed. R. Civ. P. 4(e)(1) and R.I. Super. Ct. R. Civ. P. 4(f)(2). The original summons and the United States Postal Service Certified Mail Return Receipt evidencing service on May 25, 2004, in compliance with Fed. R. Civ. P. 4(e)(1) and R.I. Super. Ct. R. Civ. P. 4(f)(2) are attached hereto as Exhibit 1.

[signature]
Ralph N. Gaboury (#6638)

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 31st day of August, 2004.

[signature]
Notary Public
My Commission Expires: 3-10-05

**CERTIFICATE OF SERVICE**

To:

Timothy S. Nguyen, Esq.
3330 S. Harbor Blvd.
Santa Ana, CA 92704

I hereby certify that on the 31st day of August, 2004, a true copy of the within was mailed to the above-listed attorney.

*Planet Eclipse/Pleadings/Affidavit of Compliance re Service*

# EXHIBIT 1

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

PLANET ECLIPSE, LLC
and PLANET ECLIPSE LIMITED

V.

X-TREME ENTERPRISES, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 04 194 T

TO: (Name and address of defendant)

X-treme Enterprises, Inc.
18627 Brookhurst Street, #292
Fountain Valley, California 92708
c/o Van Hong Nguyen
(Agent for Service of Process)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Scott, Esq.
Ralph N. Gaboury, Esq.
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/21/04

(BY) DEPUTY CLERK

## RETURN OF SERVICE

Service of the S[illegible]    DATE

NAME OF SERVER *(PR[illegible]*

*Check one box[illegible]*

☐ Served pers[illegible]

☐ Left copies [illegible] [illegible]le age and discretion th[illegible] Name of pe[illegible]

☐ Returned u[illegible]

☐ Other *(spec[illegible]*

SENDER: COMPLETE THIS SECTION

☐ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
☐ Print your name and address on the reverse so that we can return the card to you.
☐ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

[illegible] Enterprises, Inc.
[illegible] Street, [illegible]
Fountain Valley, CA 92708
c/o Van [illegible]
(Agent for Service of Process)

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☒ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery [illegible]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)    7003 2260 0[illegible] [illegible] 7931

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________    ______________________
*Date*    *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.