UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLANET ECLIPSE, LLC
and PLANET ECLIPSE LIMITED,

Plaintiffs,

v. C.A. No. 04-194T

X-TREME ENTERPRISES, INC.,

Defendant.

**PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT**

Now comes the plaintiffs, Planet Eclipse, LLC and Planet Eclipse Limited, pursuant to Fed. R. Civ. P. 55(a) and move that defendant, X-treme Enterprises, Inc., be defaulted for failure to answer or otherwise defend. Plaintiff offers the Affidavit of Ralph N. Gaboury (Exhibit A) in support of this motion and respectfully requests that the defendant be defaulted.

Respectfully submitted,

PLANET ECLIPSE, LLC and
PLANET ELCIPSE LIMITED
By their Attorneys,

DEFAULT HEREBY ENTERED:
DEPUTY CLERK

Craig M. Scott, Esq. (#4237)
Ralph N. Gaboury, Esq. (#6638)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Dated: September 21, 2004

6