**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND**

PLANET ECLIPSE, LLC and PLANET ECLIPSE LIMITED,

C.A. NO.: 2004-194 (T)

v.

X-TREME ENTERPRISES, INC.

**X-TREME ENTERPRISES, INC.'s**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, X-Treme Enterprises, Inc., files this statement of its parent corporation and any publicly held corporation that owns 10% or more of its stock: None.

Dated: September 28, 2004

X-TREME ENTERPRISES, INC.
By its attorney,
Michael K. Glucksman, Esq.

Michael K. Glucksman, Esq. (#5007)
109 Airport Road
Warwick, RI 02889
(401) 738-4477
(401) 739-1012 fax

**Certification of Service**

I certify that on Sept 28, 2004, I caused a copy of this paper to be served by first-class mail on the following:

DUFFY SWEENEY & SCOTT, LTD.
Craig M. Scott, Esq.
Ralph N. Gaboury, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903

7