**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND**

PLANET ECLIPSE, LLC
and PLANET ECLIPSE LIMITED,

C.A. NO.: 2004-194 (T)

v.

X-TREME ENTERPRISES, INC.

**AFFIDAVIT OF MICHAEL. K. GLUCKSMAN, ESQ.
IN SUPPORT OF MOTION OF DEFENDANT, X-TREME ENTERPRISES, INC.,
TO SET ASIDE THE ENTRY OF ITS DEFAULT**

I, Michael K. Glucksman, Esq., do depose and state under oath that:

1. I represent the defendant, X-Treme Enterprises, Inc. ("X-Treme"), in the above-captioned matter.
2. I received a signed retainer agreement from X-Treme, dated September 20, 2004, on Thursday, September 23, 2004.
3. I entered my appearance on behalf of X-Treme on September 27, 2004.
4. As the docket reflects, X-Treme was defaulted on September 29, 2004.
5. As the docket reflects, this matter was filed only some four months ago on May 21, 2004.
6. As the docket reflects, the plaintiff did not file its Affidavit of Compliance/Return of Service, which was executed on May 25, 2004, until September 1, 2004.
7. As the docket reflects, X-Treme's answer was due June 14, 2004.
8. By letter, I requested that Planet Eclipse stipulate to the out-of-time filing of X-Treme's answer and to the removal of the entry of default, but was unable to persuade Planet Eclipse to do so. Exhibit 1.

9

Dated: 10-8-2004

Michael K. Glucksman

Subscribed and sworn to before me in Warwick, Rhode Island on 10-8-04.

#44177
Notary Public D. Peter DeSimone
Commission Expiration: 12/11/2006

**Michael K. Glucksman**
*Attorney at Law*
109 Airport Road
Warwick, RI 02889
*michael@glucksmanlaw.com*

Member:
Rhode Island Bar
Massachusetts Bar

office: (401)738-4477
fax: (401) 739-1012

Monday, September 27, 2004

**Via Facsimile to 455-0701 and First Class Mail**

DUFFY SWEENEY & SCOTT, LTD.
Craig M. Scott, Esq.
Ralph N. Gaboury, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903

**Re:** ***Planet Eclipse, LLC et al. v. X-Treme Enterprises, Inc.***
**Federal District Court for the District of Rhode Island**
**2004-CV-194(T)**

Dear Messrs. Scott and Gaboury:

As you are aware, I have now entered my appearance for X-Treme Enterprises, Inc. ("X-Treme") in the above-referenced case. I write to reiterate my request of Mr. Scott on Friday, September 24, 2004 that Planet Eclipse, LLC stipulate to allowing X-Treme to file its answer out of time and to the withdrawal of your request to default X-Treme or to the removal of the entry of X-Treme's default (which as of today has not yet occurred).

I understand that there may be some residual animosity from the recent settlement negotiations, but given that suit was filed only four months ago and that X-Treme has now appeared in the action, I am confident that X-Treme would prevail on a motion to vacate its default. Moreover, as the most recent "player" in this suit, I hope to bring a fresh look to it and, if at all possible, to facilitate this case's settlement (which I understand was very close at hand) rather than diverting our energy and attention to a motion to vacate. All I request is a little time to get up to speed and to get this case back on track—I hope you can offer me that courtesy.

In any event, this will confirm Wednesday, September 29, 2004, at 2:30 p.m., as a good time for us to meet and discuss this case.

Very truly yours,
MKG
MICHAEL K. GLUCKSMAN, ESQ.

Exhibit 1