UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLANET ECLIPSE, LLC
and PLANET ECLIPSE LIMITED,

Plaintiffs,

v. C.A. No. 04-194T

X-TREME ENTERPRISES, INC.,

Defendant.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS EXCEEDING FIVE PAGES IN SUPPORT OF THEIR OBJECTION TO DEFENDANT'S MOTION TO VACATE ENTRY OF DEFAULT**

Plaintiffs, Planet Eclipse, LLC and Planet Eclipse Limited, hereby move for leave of this Court's Amended General Order 2002-01 to file more than five (5) pages of exhibits in support of plaintiffs' Objection to the Motion of Defendant, X-treme Enterprises, Inc., To Set Aside the Entry of Its Default (filed without exhibits). In support of this Motion, plaintiff relies on the Memorandum of Law filed herewith.

PLANET ECLIPSE LLC and
PLANET ECLIPSE LIMITED,
By its attorneys,

Craig Scott

Craig M. Scott, Esq. (#4237)
Ralph N. Gaboury, Esq. (#6638)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Date: October 22, 2004

11

**CERTIFICATION**

To:

Michael K. Glucksman, Esq.
109 Airport Road
Warwick, RI 02889

I hereby certify that a true copy of the within was sent by certified mail, return receipt requested to the above, on the 22nd day of October, 2004.

*H:\Clients\Planet Eclipse\Pleadings\Motion to excede page limit (rng).doc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLANET ECLIPSE, LLC and PLANET ECLIPSE LIMITED, | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 04-194T |
| X-TREME ENTERPRISES, INC., | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS EXCEEDING FIVE PAGES IN SUPPORT OF THEIR OBJECTION TO DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT**

Plaintiffs, Planet Eclipse, LLC and Planet Eclipse Limited ("Plaintiffs"), hereby move for leave of this Court's Amended General Order 2002-01 to file more than five (5) pages of exhibits in support of plaintiffs' Objection to the Motion of Defendant, X-treme Enterprises, Inc., To Set Aside the Entry of Its Default (filed without exhibits).

The exhibits include affidavits and correspondence between counsel for the parties that support Plaintiffs objection. Specifically, these affidavits and correspondence show that defendant, X-treme Enterprises, Inc. ("X-treme"), failed to meet its burden of proving "good cause" to set aside the entry of default. There are 12 exhibits, comprising a total of fifty one (51) pages.

Accordingly, Plaintiffs respectfully request leave to file these exhibits, which exceed five pages in length.

PLANET ECLIPSE LLC and
PLANET ECLIPSE LIMITED,
By its attorneys,

Craig Scott

Craig M. Scott, Esq. (#4237)
Ralph N. Gaboury, Esq. (#6638)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Date: October 22, 2004

**CERTIFICATION**

To:

Michael K. Glucksman, Esq.
109 Airport Road
Warwick, RI 02889

I hereby certify that a true copy of the within was sent by certified mail, return receipt requested to the above, on the 22nd day of October, 2004.

_______________________

*H:\Clients\Planet Eclipse\Pleadings\Memo Motion to excede page limit (rng).doc*