UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 22 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLANET ECLIPSE, LLC
and PLANET ECLIPSE LIMITED,

Plaintiffs,

v. C.A. No. 04-194T

X-TREME ENTERPRISES, INC.,

Defendant.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS EXCEEDING FIVE PAGES IN SUPPORT OF THEIR OBJECTION TO DEFENDANT'S MOTION TO VACATE ENTRY OF DEFAULT**

Plaintiffs, Planet Eclipse, LLC and Planet Eclipse Limited, hereby move for leave of this Court's Amended General Order 2002-01 to file more than five (5) pages of exhibits in support of plaintiffs' Objection to the Motion of Defendant, X-treme Enterprises, Inc., To Set Aside the Entry of Its Default (filed without exhibits). In support of this Motion, plaintiff relies on the Memorandum of Law filed herewith.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
10/26/04

PLANET ECLIPSE LLC and
PLANET ECLIPSE LIMITED,
By its attorneys,

Craig Scott

Craig M. Scott, Esq. (#4237)
Ralph N. Gaboury, Esq. (#6638)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Date: October 22, 2004

12

**CERTIFICATION**

To:

Michael K. Glucksman, Esq.
109 Airport Road
Warwick, RI 02889

I hereby certify that a true copy of the within was sent by certified mail, return receipt requested to the above, on the 22nd day of October, 2004.

______________________

*H:\Clients\Planet Eclipse\Pleadings\Motion to excede page limit (rng).doc*