**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CA04-194T** **DATE: November 29, 2004**

**TITLE:** **Planet Eclipse v. X-Treme Enterprises**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**C[illegible]: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** [illegible]
Craig S[illegible], Esq.
Mich[illegible]

**PROCEEDINGS:**

Motion to Set Aside Default - #8

Attorneys argue.

**RULING:** Court takes under advisement.
Order to follow on 12/15/04.

**13**