FILED
DEC 28 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLANET ECLIPSE, LLC and PLANET ECLIPSE LIMITED, Plaintiffs, | : | |
| v. | : | C.A. No. 04-194T |
| X-TREME ENTERPRISES, INC., Defendant. | : | |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S RULE 72(a) OBJECTION TO ORDER/NOTICE OF APPEAL**

Plaintiffs, Planet Eclipse, LLC and Planet Eclipse Limited ("Planet Eclipse"), seek a ten day enlargement of time to respond to defendant, X-treme Enterprises, Inc.'s ("X-treme"), "Rule 72(a) Objection to Order/Notice of Appeal", dated December 20, 2004. Plaintiffs seek this brief enlargement of time due to the intervening holidays and the vacation schedule of counsel. This brief enlargement of time will not prejudice defendant, and is not being interposed for delay or for any improper purpose.

Counsel for X-treme consents to the granting of this motion.

Wherefore, plaintiffs respectfully request this Court enter an Order enlarging plaintiffs' time to respond to defendant's "Rule 72(a) Objection to Order/Notice of Appeal" to January 14, 2005.

18

Respectfully submitted,

PLANET ECLIPSE, LLC and
PLANET ECLIPSE LIMITED,
By its attorneys,

Craig M. Scott, Esq. (#4237)
Ralph N. Gaboury, Esq. (#6638)
DUFFY SWEENEY & SCOTT, Ltd
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Dated: December 28, 2004

GRANTED
Ernest C. Torres
Chief, US District Judge
1/3/05

**CERTIFICATION**

To:

Michael K. Glucksman, Esq.
109 Airport Road
Warwick, RI 02889

I hereby certify that a true copy of the within was sent by First Class regular mail to the above, on the 28 day of December, 2004.

Crystal Dartt

*H:\Clients\Planet Eclipse\Pleadings\Mot ext time obj appeal.doc*