UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PLANET ECLIPSE, LLC
and PLANET ECLIPSE
LIMITED,

Plaintiffs,

v. C.A. No. 04-194T

X-TREME ENTERPRISES, INC.,

Defendant.

ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR ASSESSMENT OF DAMAGES AND ENTRY OF DEFAULT JUDGMENT

Plaintiffs' Motion for Assessment of Damages and Entry of Default Judgment will be construed as a motion to engage in discovery on damages. Plaintiffs' motion is granted. The parties may have forty-five days in which to conduct discovery on the issue of damages. To the extent Plaintiffs are requesting entry of default judgment, Plaintiffs' motion is denied without prejudice as premature.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: May 4 , 2005