**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND**

PLANET ECLIPSE, LLC
and PLANET ECLIPSE LIMITED,

C.A. NO.: 2004-194 (T)

v.

X-TREME ENTERPRISES, INC.

**DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND DEPOSITIONS AND TO EXTEND DISCOVERY PERIOD FOR 45 DAYS**

X-TREME ENTERPRISES, INC. objects to plaintiffs' motion to compel discovery responses and depositions and to extend discovery period for 45 days.

Dated: 6/22/05

X-TREME ENTERPRISES, INC.
By its attorney,

Michael K. Glucksman, Esq. (#5007)
109 Airport Road
Warwick, RI 02889
(401) 738-4477
(401) 739-1012 fax

**Certification of Service**

I certify that on June 22, 2005, I caused a copy of this paper to be served by first-class mail on the following:

DUFFY SWEENEY & SCOTT, LTD.
Craig M. Scott, Esq.
Ralph N. Gaboury, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND**

PLANET ECLIPSE, LLC
and PLANET ECLIPSE LIMITED,

C.A. NO.: 2004-194 (T)

v.

X-TREME ENTERPRISES, INC.

**MEMORANDA IN SUPPORT OF DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND DEPOSITIONS AND TO EXTEND DISCOVERY PERIOD FOR 45 DAYS**

**Introduction**

The plaintiffs, Planet Eclipse, LLC and Planet Eclipse Limited (jointly "Planet Eclipse"), filed this trade dress infringement, false designation of origin, false advertising, unfair competition, and copyright infringement action against defendant, X-Treme Enterprises, Inc. ("X-Treme"). X-Treme was defaulted and Planet Eclipse moved for entry of a default judgment. This Honorable Court considered Planet Eclipse's motion as one for damages discovery and ordered such to be conducted by the parties within 45 days. On May 11, 2005, Planet Eclipse served its First Set of Interrogatories to Defendant and its First Request for Production of Documents. Also on May 11, 2005, X-Treme served its First Set of Interrogatories to Plaintiffs and its First Document Request to Plaintiffs. Although Planet Eclipse served responses on June 13, 2005, most were minimally responsive and merely objected to the request on the grounds of prematurity.

**Argument**

X-Treme has not in any way refused to cooperate with discovery; it merely needs additional time to comply. Accordingly, it is respectfully suggested that discovery be extended for an additional 90 days to ensure that discovery is completed, without further

judicial intervention.

Moreover, served contemporaneously herewith is X-treme's response to Planet Eclipse's First Set of Interrogatories.

**Conclusion**

For the foregoing reasons, Planet Eclipse's motion to compel ought to be denied in that the Defendant's conduct was in no way an intentional refusal to act. X-Treme is continuing to gather discovery documents and responses. This Honorable Court need not compel responses to discovery, because X-Treme has every intention of producing the requested discovery. However, X-Treme is not adverse to an extension of the discovery period for an additional 90 days.

Dated: 6/22/05

X-TREME ENTERPRISES, INC.
By its attorney,

Michael K. Glucksman, Esq. (#5007)
109 Airport Road
Warwick, RI 02889
(401) 738-4477
(401) 739-1012 fax

**Certification of Service**

I certify that on June 22, 2005, I caused a copy of this paper to be served by first-class mail on the following:

DUFFY, SWEENEY & SCOTT, LTD.
Craig M. Scott, Esq.
Ralph N. Gaboury, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903