UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PLANET ECLIPSE, LLC
and PLANET ECLIPSE
LIMITED,

Plaintiffs,

v. C.A. No. 04-194T

X-TREME ENTERPRISES, INC.,

Defendant.

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND DEPOSITIONS AND TO EXTEND DISCOVERY PERIOD FOR 45 DAYS

Plaintiffs' Motion to Compel Discovery Responses and Depositions and for an Extension of the Discovery Closure Date is hereby granted in part. Defendant is hereby ordered to produce full and complete responses to Plaintiffs' Request for Production and to Plaintiffs' Interrogatories by close of business on July 15, 2005. Defendant is further ordered to present a qualified representative of Defendant for a Fed. R. Civ. P. 30(b)(6) deposition in Rhode Island on July 21, 2005.

If full and complete responses to Plaintiffs' Request for Production and Interrogatories are delivered to the Plaintiffs on or before the close of business hours on July 11, 2005, the deposition of Defendant's 30(b)(6) witness shall take place in Los Angeles on July 14, 2005. Otherwise the deposition shall take place at the time and place described supra.

Pursuant to Fed. R. Civ. P. 37(a)(4)(A), Defendant is hereby ordered to pay $480 to the Plaintiffs for the reasonable expenses, including attorney's fees, incurred in making this motion.

Plaintiffs' request for a 45-day extension of the discovery period is otherwise denied without prejudice.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: July 12, 2005