**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CA04-194T** **DATE**: September 16, 2005

**TITLE OF CASE:** Planet Eclipse, LLC v. X-Treme Enterprises, Inc.

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Plaintiff: Craig M. Scott, Esq.

Defendant: Michael K. Glucksman, Esq.

---

**PROCEEDINGS:** **Hearing on Plaintiff's Motion for Sanctions**

All counsel of record present. Court addresses. Plaintiff addresses Motion. Court questions. Plaintiff responds. Defense argues against Motion and requests a 2 week continuance in order to possibly reach a settlement. Court finds that defendants have egregiously disregarded the Court's orders for compliance and discovery. Defendants had ample time to meet obligations and ample warning of potential penalties for noncompliance. Court finds that the infringement was willful and imposes triple the actual damages. Court enters default judgment in favor of the plaintiff in the amount of $474,600.00 plus $45,000.00 in attorney's fees. Judgment also permanently enjoins defendant from both the copyright and trade dress infringement alleged in the complaint.