**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND**

PLANET ECLIPSE, LLC
and PLANET ECLIPSE LIMITED,

C.A. NO.: 2004-194 (T)

v.

**Request to be heard on Sept. 16, 2005**

X-TREME ENTERPRISES, INC.

**MOTION OF DEFENDANT, X-TREME ENTERPRISES, INC., TO CONTINUE FOR TWO WEEKS THE HEARING PRESENTLY SET FOR FRIDAY, SEPTEMBER 16, 2005**

X-Treme Enterprises, Inc. ("X-Treme") respectfully requests that the hearing presently scheduled for Friday, September 16, 2005 in the above-referenced matter be continued for two weeks. As cause, X-Treme states that the parties have been negotiating a settlement, that it has wired an agreed-to amount of money into an escrow account for the benefit and security of the Plaintiffs (which the Plaintiffs have acknowledged receipt of), and that all that remains is for the settlement documents to be finalized and executed. Unfortunately, however, X-Treme's "in-house" counsel in California, upon whom the below-signed counsel relies, is presently on vacation until Monday, September 19, 2005 and thus is unavailable to facilitate the execution of settlement documents in California. With a couple more weeks' time, the parties should be able to resolve this matter completely and without further Court intervention.

Dated: 9-15-05

X-TREME ENTERPRISES, INC.
By its attorney,

Michael K. Glucksman, Esq. (#5007)
109 Airport Road
Warwick, RI 02889
(401) 738-4477
(401) 739-1012 fax

**Certification of Service**

I certify that on 9-15-05, I caused a copy of this paper to be served by first-class mail and email on the following:

DUFFY SWEENEY & SCOTT, LTD.
Craig M. Scott, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903