FILED
OCT 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND**

PLANET ECLIPSE, LLC
and PLANET ECLIPSE LIMITED,

C.A. NO.: 2004-194 (T)

v.

**Oral Argument is Not Requested**

X-TREME ENTERPRISES, INC.

**MOTION OF MICHAEL K. GLUCKSMAN, ESQ. TO WITHDRAW AS COUNSEL OF RECORD TO DEFENDANT, X-TREME ENTERPRISES, INC.**

Pursuant to Local Rule 6(d), and based upon the affidavit of Michael K. Glucksman, Esq., Michael K. Glucksman, Esq. requests that he be allowed to withdraw as counsel of record to X-Treme Enterprises, Inc. ("X-Treme") in light of the fact that X-Treme has informed him, on and effective September 28, 2005, that it no longer desires his representation. Although there are no motions pending and no trial date has been set, X-Treme has not secured other counsel to represent it, thus necessitating this motion.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
Nov. 1, 2005

X-TREME ENTERPRISES, INC.
By its attorney,
Michael K. Glucksman, Esq.

Michael K. Glucksman, Esq. (#5007)
109 Airport Road
Warwick, RI 02889
(401) 738-4477
(401) 739-1012 fax

**Certification of Service**

I certify that on Sept. 29 2005, 2005 I caused a copy of this paper to be served by first-class mail on the following:

DUFFY SWEENEY & SCOTT, LTD.
Craig M. Scott, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903

MICHAEL K. GLUCKSMAN

STATE OF RHODE ISLAND
COUNTY OF KENT

Subscribed and sworn to under the penalties of perjury before me this 29th day of September 2005.

Notary Public # 44177

Exp. 12/11/2006